# Exhibit 3



US009426145B2

(12) **United States Patent**  
Ho et al.

(10) Patent No.:     **US 9,426,145 B2**  
(45) Date of Patent:     **Aug. 23, 2016**

(54) **DESIGNATION OF CLASSES FOR CERTIFICATES AND KEYS**

(71) Applicants: **BlackBerry Limited**, Waterloo (CA); **2236008 Ontario Inc.**, Waterloo (CA)

(72) Inventors: **Alan Pak-Lun Ho**, Unionville (CA); **Chi Chiu Tse**, Markham (CA); **Sivakumar Nagarajan**, Ottawa (CA); **Michael Jonathan Mueller**, Oakville (CA)

(73) Assignees: **BlackBerry Limited**, Waterloo (CA); **2236008 Ontario Inc.**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 119 days.

(21) Appl. No.: **13/729,267**

(22) Filed: **Dec. 28, 2012**

(65) **Prior Publication Data**

US 2013/0219173 A1     Aug. 22, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/600,302, filed on Feb. 17, 2012.

(51) **Int. Cl.**
  *H04L 29/06*     (2006.01)
  *G06F 21/33*     (2013.01)
  *H04L 9/32*     (2006.01)

(52) **U.S. Cl.**
  CPC ........... ***H04L 63/0823*** (2013.01); ***G06F 21/33*** (2013.01); ***H04L 9/3265*** (2013.01); ***H04L 2209/38*** (2013.01)

(58) **Field of Classification Search**
  CPC ............. H04L 63/0823; H04L 9/3265; H04L 9/3263; H04L 2209/56; H04L 9/3268

USPC ....................................................... 713/157  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,945,556 | A | 7/1990 | Namekawa |
| 5,864,765 | A | 1/1999 | Barvesten |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 101523878 A | 9/2009 |
| EP | 0973350 A1 | 1/2000 |

(Continued)

OTHER PUBLICATIONS

Cooper, D. et al., Internet X509 Public Key Infrastructure Certificate and Certificate revocation List (CRL) Profile, RFC 5280, pp. 7-12, May 1, 2018.

(Continued)

*Primary Examiner* — Kambiz Zand  
*Assistant Examiner* — Stephen Sanders  
(74) *Attorney, Agent, or Firm* — Ridout & Maybee LLP

(57) **ABSTRACT**

Plural modes of operation may be established on a mobile device. Specific modes of operation of the mobile device may be associated with specific spaces in memory. By using a "class" designation within the existing certificate store structure and key store structure, certificates and keys can be assigned to one space among plural spaces. Accordingly, a personal certificate store and a personal key store may exist in a personal space. Similarly, a corporate certificate store and a corporate key store may exist in a corporate space. APIs designed to work within such a system may be arranged to employ a "class" attribute when managing certificates and cryptographic keys.

**27 Claims, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,987,440 A | 11/1999 | O'Neil et al. | |
| 5,987,611 A | 11/1999 | Freund | |
| 6,052,735 A | 4/2000 | Ulrich et al. | |
| 6,105,132 A | 8/2000 | Fritch et al. | |
| 6,233,446 B1 | 5/2001 | Do | |
| 6,292,798 B1 | 9/2001 | Dockter et al. | |
| 6,351,816 B1 | 2/2002 | Mueller et al. | |
| 6,360,322 B1 | 3/2002 | Grawrock | |
| 6,405,202 B1 | 6/2002 | Britton et al. | |
| 6,412,070 B1 | 6/2002 | Van Dyke et al. | |
| 6,516,421 B1 | 2/2003 | Peters | |
| 6,647,388 B2 | 11/2003 | Numao et al. | |
| 6,668,323 B1 | 12/2003 | Challener et al. | |
| 6,757,821 B1 | 6/2004 | Akiyama et al. | |
| 6,772,350 B1 | 8/2004 | Belani et al. | |
| 6,886,038 B1 | 4/2005 | Tabbara et al. | |
| 6,957,330 B1 | 10/2005 | Hughes | |
| 6,978,385 B1 | 12/2005 | Cheston et al. | |
| 7,246,374 B1 | 7/2007 | Simon et al. | |
| 7,331,058 B1 | 2/2008 | Gladney | |
| 7,400,878 B2 | 7/2008 | Hassan et al. | |
| 7,574,200 B2 | 8/2009 | Hassan et al. | |
| 7,809,940 B2 * | 10/2010 | Zilinskas et al. | 713/156 |
| 7,869,789 B2 | 1/2011 | Hassan et al. | |
| 8,074,078 B2 | 12/2011 | Brown et al. | |
| 8,245,031 B2 * | 8/2012 | Holtzman et al. | 713/158 |
| 8,266,711 B2 * | 9/2012 | Holtzman et al. | 726/27 |
| 2001/0047485 A1 | 11/2001 | Brown et al. | |
| 2002/0019944 A1 | 2/2002 | Kou | |
| 2002/0031230 A1 | 3/2002 | Sweet et al. | |
| 2002/0095414 A1 | 7/2002 | Barnett et al. | |
| 2002/0095497 A1 | 7/2002 | Satagopan et al. | |
| 2002/0112155 A1 | 8/2002 | Martherus et al. | |
| 2003/0005317 A1 | 1/2003 | Audebert et al. | |
| 2003/0065676 A1 | 4/2003 | Gbadegesin et al. | |
| 2003/0093698 A1 | 5/2003 | Challener et al. | |
| 2003/0120948 A1 | 6/2003 | Schmidt et al. | |
| 2003/0126437 A1 | 7/2003 | Wheeler et al. | |
| 2003/0177389 A1 | 9/2003 | Albert et al. | |
| 2004/0001101 A1 | 1/2004 | Trajkovic et al. | |
| 2005/0154935 A1 | 7/2005 | Jin | |
| 2006/0059556 A1 | 3/2006 | Royer | |
| 2006/0070114 A1 | 3/2006 | Wood et al. | |
| 2006/0129948 A1 | 6/2006 | Hamzy et al. | |
| 2006/0156026 A1 | 7/2006 | Utin | |
| 2006/0212589 A1 | 9/2006 | Hayer et al. | |
| 2007/0073694 A1 | 3/2007 | Picault et al. | |
| 2007/0277127 A1 | 11/2007 | Carlson et al. | |
| 2008/0034440 A1 * | 2/2008 | Holtzman et al. | 726/27 |
| 2008/0222711 A1 | 9/2008 | Michaelis | |
| 2010/0138652 A1 * | 6/2010 | Sela et al. | 713/158 |
| 2010/0319053 A1 | 12/2010 | Gharabally | |
| 2011/0145833 A1 | 6/2011 | De Los Reyes et al. | |
| 2011/0252227 A1 | 10/2011 | Strong et al. | |
| 2011/0314467 A1 | 12/2011 | Pearson | |
| 2012/0054853 A1 | 3/2012 | Gupta et al. | |
| 2012/0079585 A1 * | 3/2012 | Chan et al. | 726/10 |
| 2012/0202527 A1 | 8/2012 | Obradovich et al. | |
| 2012/0240192 A1 * | 9/2012 | Orazi et al. | 726/4 |
| 2012/0240244 A1 * | 9/2012 | Orazi et al. | 726/29 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 0059225 | 10/2000 |
| WO | 2005045550 A2 | 5/2005 |

OTHER PUBLICATIONS

Canadian Examiner's Report, Application No. 2,800,504, Dated Feb. 23, 2016.

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# DESIGNATION OF CLASSES FOR CERTIFICATES AND KEYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority to U.S. Provisional Patent Application Ser. No. 61/600,302, filed Feb. 17, 2012, the contents of which are hereby incorporated herein by reference.

## FIELD

The present application relates generally to management of digital identity certificates and cryptographic keys and, more specifically, to designation of classes for certificates and keys.

## BACKGROUND

Mobile devices are used for a variety of purposes. Users may wish to use a particular mobile device for personal applications such as games, reading news distributed using really simple syndication (RSS), web browsing and general leisure. Corporations may want the same mobile device to be used for a subset of functionality required for a user to complete their job.

However, when a mobile device is used for both corporate and personal matters, a corporation may choose to limit the risk of exposure of data on the mobile device. This may be done, for example, through the implementation of information technology (IT) policies on the mobile device. Such policies sometimes lead to a poor user experience, as the mobile device may be locked such that no new applications may be loaded onto the mobile device. Alternatively, the mobile device may be restricted regarding which non-work-related applications may be loaded onto the device. For example, an IT policy on the mobile device may, in a effort to prevent potential spread of viruses, prohibit the user of the mobile device from downloading software from any location other than a specifically approved location. In this manner, the range of applications that the user can install may be significantly limited.

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference will now be made, by way of example, to the accompanying drawings which show example implementations; and in which:

FIG. **1** illustrates a memory segregated into plural spaces;

FIG. **2** illustrates a mobile communication device with memory that may be segregated as illustrated in FIG. **1**;

FIG. **3** illustrates example steps in a method of creating a segregated space in a memory as illustrated in FIG. **1**;

FIG. **4** illustrates example steps in a method of creating a certificate store;

FIG. **5** illustrates example steps in a method of deleting a segregated space in a memory as illustrated in FIG. **1**; and

FIG. **6** illustrates example steps in a method of handling a certificate validation request.

## DETAILED DESCRIPTION

Rather than restricting access to an entire mobile device that is used for both personal and corporate functionality, the present disclosure contemplates the creation of dual or plural modes of operations on the mobile device. In particular, each application of a plurality of applications may be segregated into one of a plurality of groups. In an example scenario involving a corporate mode of operation and a personal mode of operation, applications can be designated as either corporate applications or personal applications. In some cases, where an application may be both corporate and personal, a copy of the application code can be saved in both a personal memory space and a corporate memory space on the mobile device.

The present disclosure provides for a mobile device, but is not meant to be limited to any particular mobile device. Examples of mobile devices include smart phones, personal digital assistants, data-enabled cellular telephones, tablet computers, among others.

The mobile device in the present disclosure implements an IT policy to control corporate data. This may be done by connection to an enterprise server, which provides the IT policy for the device. In other embodiments, the IT policy may be implemented on a per device basis individually.

Notably, the segregation of applications discussed hereinbefore may have far-reaching implications for management of security aspects of the mobile device. For example, public and private cryptographic keys may be saved in memory in such a manner that the keys are associated with the mobile device and not with a mode of operation of the mobile device. Similarly, digital identity certificates may be saved in memory in such a manner that the identity certificates are associated with a user of the mobile device and not with a mode of operation of the mobile device.

According to an aspect of the present disclosure, there is provided a method of creating a certificate store in a memory of a device. The method includes receiving, at a space management module, a command to create a space, the space associated with a designation of a class identifying a mode of operation of the device, designating, at the space management module, a range of addresses in a memory for the space and initializing, at a certificate manager, a certificate store in the memory of the device, the certificate store associated with the designation of the class. In other aspects of the present application, a mobile communication device with a processor is provided for carrying out this method and a computer readable medium is provided for adapting a processor in a mobile communication device to carry out this method.

According to another aspect of the present disclosure, there is provided a method of deleting a certificate store in a memory of a device. The method including receiving, at a space management module, a command to delete a given memory space among a plurality of memory spaces, the given memory space associated with a designation of a class identifying a mode of operation of the device and deleting, at a certificate manager, a certificate store, the certificate store associated with the designation of the class. In other aspects of the present application, a mobile communication device with a processor is provided for carrying out this method and a computer readable medium is provided for adapting a processor in a mobile communication device to carry out this method.

According to a further aspect of the present disclosure, there is provided a method of handling certificate validation. The method includes receiving a certificate validation command, the certificate validation command specifying a certificate and a certificate store with a designation of a class identifying a mode of operation of a device, building a certificate chain for the certificate, attempting to validate the certificate chain to a root certification authority certificate in the certificate store and replying to a source of the certificate

3

validation command with an indication of validation status. In other aspects of the present application, a mobile communication device with a processor is provided for carrying out this method and a computer readable medium is provided for adapting a processor in a mobile communication device to carry out this method.

According to a still further aspect of the present disclosure, there is provided a method of creating a certificate store in a memory of a device. The method includes receiving a command to create a certificate store, the command indicating a designation of a class identifying a mode of operation of the device and initializing a certificate store in the memory of the device, the certificate store associated with the designation of the class. In other aspects of the present application, a mobile communication device with a processor is provided for carrying out this method and a computer readable medium is provided for adapting a processor in a mobile communication device to carry out this method.

Other aspects and features of the present disclosure will become apparent to those of ordinary skill in the art upon review of the following description of specific implementations of the disclosure in conjunction with the accompanying figures.

Reference is now made to FIG. 1, which shows a block diagram of a memory 110 of a mobile device. The memory 110 is configured to maintain executable code for various applications and data related to the operation of the various applications, such combination of code and data being referred to herein as an "application space". As illustrated in the example of FIG. 1, the memory 110 is divided into a personal space 120 and a corporate space 130.

The corporate space 130 generally comprises a portion of memory on the mobile device segregated for data, applications, or both. The data and/or applications may be considered sensitive to a business, corporation, enterprise, government, non-profit organization, user of the device or any other entity responsible for the setting of an IT policy for the mobile device.

The personal space 120 generally comprises a portion of memory segregated for "personal" applications and data, where such applications or data may be considered outside of, or separate from, an IT policy.

An application 122 executed from code saved within the personal space 120 may access data 124 that is also saved within the personal space 120. The data 124 that is saved within the personal space 120 may be considered to be personal data.

Similarly, an application 132 executed from code saved within the corporate space 130 may access data 134 that is also saved within the corporate space 130. The data 134 that is saved within the corporate space 130 may be considered to be corporate data.

By segregating corporate applications from personal applications and data associated with each, a corporate IT policy may be implemented on the mobile device for the corporate data, thereby protecting the data, while still allowing for personal applications and personal data on the device. This provides more flexibility to a user of the mobile device and an arguably better user experience.

An operating system 140 enforces the segregation of the data as described in more detail below.

The designation of each application loaded onto the mobile device as either a personal application or a corporate application may be done in several ways. In one embodiment, a corporate IT policy can be set for the loading of applications onto the mobile device, where certain specified applications are designated by the IT policy to be on a list

4

of corporate applications. Other applications, which are not the list of corporate applications, could be considered, by default, to be personal applications. In other embodiments, a user, administrator, carrier or other entity can use a configuration program or a navigation entity (application launcher) to designate the various applications on the device as either a personal application or a corporate application. Further, signatures applied to applications could also be used for making a distinction between personal applications and corporate applications. Other examples of the designation of applications as corporate and personal would be apparent to those skilled in the art having the benefit of the present disclosure.

In further embodiments, hybrid applications, which have both personal and corporate uses, could be duplicated between the corporate space 130 and the personal space 120. In this way, if a user wants to use a particular application for personal reasons, the user could execute the application code 122 that is saved in the personal space 120. Conversely, if the user wants to use the same application for corporate purposes, the user could execute the application code 132 that is saved in the corporate space 130.

Thus, for example, one copy of the code for a document editor could be saved in the personal space 120 and another copy of the code for the document editor could be saved in the corporate space 130, thereby allowing the editing of both personal documents and corporate documents, while maintaining security for the corporate data 134.

In one embodiment, the corporate applications 132 may be provided with additional security over the personal applications 122. For example, before allowing one of the corporate applications 132 to be launched, the operating system 140 may prompt the user to provide authentication, e.g., the operating system 140 may prompt the user to enter a password and the operating system 140 may authenticate the password. Further, inactivity timers could be implemented, such that the corporate applications 132 may be locked after a period of inactivity, while leaving the personal applications 122 unlocked. The operating system 140 may require a user to enter a password to unlock a locked corporate application 132 so that the corporate data 134 related to the corporate application 132 may be accessed.

The designation (e.g., "personal" or "corporate") of a given application may further limit the data to which the given application has access. Thus, for example, the corporate applications 132 may execute in their own mode in which mode any data that is written by the corporate applications 132 may not be accessed by the personal applications 122. The limitation would be that personal applications 122 are not able to read corporate data 134, nor is a corporate application capable of writing to personal data 124.

Similarly, a given personal application 122 may not be able to write to the corporate data 134. In some embodiments, the corporate applications 132 may not be able to read the personal data 124. In other embodiments, the corporate applications 132 may be able to read the personal data 124.

The corporate data 134 may be encrypted for security.

The corporate data 134 may also have date of deletion policies in effect on the mobile device. Thus, if a subset of the corporate data 134 is not accessed within a certain time period, a date of deletion policy may dictate that the subset is to be erased. The date of deletion policy may be pursuant to a corporate data reaping timeline. For example, if data is not accessed on the mobile or computing device for seven days, the data may be deleted from the mobile device. The

user would then need to download the data again if the data was required for the mobile device. This may be implemented through tags or data tables associated with the data.

The operating system **140** may handle the enforcement of the above differentiating rules between the corporate space **130** and the personal space **120**. For example, the operating system **140** may implement data access for the various applications **122** and **132**, where each application is given a group permission, similar to UNIX group permissions. In other embodiments, other user permission or other permission system may also be used. Data is further designated in files that allow access by certain groups. Thus, the operating system **140** may allow the corporate data **134** to be accessed only by the corporate applications **132** that have group permissions to access such data. Similarly, the personal data **124** may be written to or read only by the personal applications **122** based on the group permissions of the personal applications **122** with regard to the personal data **124**. The corporate applications **132**, however, may not have group permissions to write to the personal data **124** in one embodiment, as enforced by the operating system **140**.

As shown by a dashed line with an arrow tip in FIG. **1**, the personal data **124** may have some form of public permissions that would allow the corporate applications **132** to read the personal data **124**.

Access to the data may be maintained for other data functionalities, thereby preventing the corporate data **134** from being accessed in the personal mode. For example, copy or cut functionality may be managed between the personal mode and corporate mode. Potentially, no cutting or copying would be allowed in the corporate mode of operation by the corporate applications **132**.

In other embodiments, cutting and copying may be allowed between corporate applications but may be restricted when trying to paste outside corporate mode. As will be appreciated, this could again be managed by UNIX group permission type model using the operating system **140**. When cutting or copying various text or images, or other data, a new data file is created which could have group permissions that would restrict where the pasting of that file is allowed to occur. Thus, when using a personal application, if trying to paste corporate data, an error might be returned, or the paste operation may simply not function.

In one embodiment, the corporate data **134** may be provided to a mobile device based on a secure connection with the corporate network. For example, this may be done through a virtual private network or other secure connection to an enterprise server.

Further, in one embodiment, the memory **110** may be located on a mobile device. In this case, the mobile device may have a pre-established secure connection with an enterprise server.

FIG. **2** illustrates a mobile communication device **200** as an example of a device that may include the memory **110** of FIG. **1**. The mobile communication device **200** includes a housing, an input device (e.g., a keyboard **224** having a plurality of keys) and an output device (e.g., a display **226**), which may comprise a full graphic, or full color, Liquid Crystal Display (LCD). In some embodiments, the display **226** may comprise a touchscreen display. In such embodiments, the keyboard **224** may comprise a virtual keyboard. Other types of output devices may alternatively be utilized. A processing device (a microprocessor **228**) is shown schematically in FIG. **2** as coupled between the keyboard **224** and the display **226**. The microprocessor **228** controls the operation of the display **226**, as well as the overall operation of the mobile communication device **200**, in part, responsive to actuation of the keys on the keyboard **224** by a user.

The housing may be elongated vertically, or may take on other sizes and shapes (including clamshell housing structures). In the case in which the keyboard **224** includes keys that are associated with at least one alphabetic character and at least one numeric character, the keyboard **224** may include a mode selection key, or other hardware or software, for switching between alphabetic entry and numeric entry.

In addition to the microprocessor **228**, other parts of the mobile communication device **200** are shown schematically in FIG. **2**. These may include a communications subsystem **202**, a short-range communications subsystem **204**, the keyboard **224** and the display **226**. The mobile communication device **200** may further include other input/output devices, such as a set of auxiliary I/O devices **206**, a serial port **208**, a speaker **211** and a microphone **212**. The mobile communication device **200** may further include memory devices including a flash memory **216** and a Random Access Memory (RAM) **218** and various other device subsystems **220**. The mobile communication device **200** may comprise a two-way radio frequency (RF) communication device having voice and data communication capabilities. In addition, the mobile communication device **200** may have the capability to communicate with other computer systems via the Internet.

The memory **110** of FIG. **1** may be implemented in a combination of the flash memory **216** and the RAM **218**.

Operating system software executed by the microprocessor **228** may be saved in a computer readable medium, such as the flash memory **216**, but may be saved in other types of memory devices, such as a read only memory (ROM) or similar storage element. In addition, system software, specific device applications, or parts thereof, may be temporarily loaded into a volatile store, such as the RAM **218**. Communication signals received by the mobile device may also be saved to the RAM **218**.

The microprocessor **228**, in addition to its operating system functions, enables execution of software applications on the mobile communication device **200**. A predetermined set of software applications that control basic device operations, such as a voice communications module **230A** and a data communications module **230B**, may be installed on the mobile communication device **200** during manufacture. A space management module **230C** and a certificate manager **230D** may also be installed on the mobile communication device **200** during manufacture, to implement aspects of the present disclosure. As well, additional software modules, illustrated as an other software module **230N**, which may comprise, for instance, a personal information manager (PIM) application, may be installed during manufacture. The PIM application may be capable of organizing and managing data items, such as e-mail messages, calendar events, voice mail messages, appointments and task items. The PIM application may also be capable of sending and receiving data items via a wireless carrier network **270** represented by a radio tower. The data items managed by the PIM application may be seamlessly integrated, synchronized and updated via the wireless carrier network **270** with the device user's corresponding data items saved or associated with a host computer system.

Communication functions, including data and voice communications, are performed through the communication subsystem **202** and, possibly, through the short-range communications subsystem **204**. The communication subsystem **202** includes a receiver **250**, a transmitter **252** and one or more antennas, illustrated as a receive antenna **254** and a

transmit antenna **256**. In addition, the communication subsystem **202** also includes a processing module, such as a digital signal processor (DSP) **258**, and local oscillators (LOs) **260**. The specific design and implementation of the communication subsystem **202** is dependent upon the communication network in which the mobile communication device **200** is intended to operate. For example, the communication subsystem **202** of the mobile communication device **200** may be designed to operate with the Mobitex™, DataTAC™ or General Packet Radio Service (GPRS) mobile data communication networks and also designed to operate with any of a variety of voice communication networks, such as Advanced Mobile Phone Service (AMPS), Time Division Multiple Access (TDMA), Code Division Multiple Access (CDMA), Personal Communications Service (PCS), Global System for Mobile Communications (GSM), Enhanced Data rates for GSM Evolution (EDGE), Universal Mobile Telecommunications System (UMTS), Wideband Code Division Multiple Access (W-CDMA), High Speed Packet Access (HSPA), Long Term Evolution (LTE), etc. Other types of data and voice networks, both separate and integrated, may also be utilized with the mobile communication device **200**.

Network access requirements vary depending upon the type of communication system. Typically, an identifier is associated with each mobile device that uniquely identifies the mobile device or subscriber to which the mobile device has been assigned. The identifier is unique within a specific network or network technology. For example, in Mobitex™ networks, mobile devices are registered on the network using a Mobitex Access Number (MAN) associated with each device and in DataTAC™ networks, mobile devices are registered on the network using a Logical Link Identifier (LLI) associated with each device. In GPRS networks, however, network access is associated with a subscriber or user of a device. A GPRS device therefore uses a subscriber identity module, commonly referred to as a Subscriber Identity Module (SIM), in order to operate on a GPRS network. Despite identifying a subscriber by SIM, mobile devices within GSM/GPRS networks are uniquely identified using an International Mobile Equipment Identity (IMEI) number.

When required network registration or activation procedures have been completed, the mobile communication device **200** may send and receive communication signals over the wireless carrier network **270**. Signals received from the wireless carrier network **270** by the receive antenna **254** are routed to the receiver **250**, which provides for signal amplification, frequency down conversion, filtering, channel selection, etc., and may also provide analog to digital conversion. Analog-to-digital conversion of the received signal allows the DSP **258** to perform more complex communication functions, such as demodulation and decoding. In a similar manner, signals to be transmitted to the wireless carrier network **270** are processed (e.g., modulated and encoded) by the DSP **258** and are then provided to the transmitter **252** for digital to analog conversion, frequency up conversion, filtering, amplification and transmission to the wireless carrier network **270** (or networks) via the transmit antenna **256**.

In addition to processing communication signals, the DSP **258** provides for control of the receiver **250** and the transmitter **252**. For example, gains applied to communication signals in the receiver **250** and the transmitter **252** may be adaptively controlled through automatic gain control algorithms implemented in the DSP **258**.

In a data communication mode, a received signal, such as a text message or web page download, is processed by the communication subsystem **202** and is input to the microprocessor **228**. The received signal is then further processed by the microprocessor **228** for output to the display **226**, or alternatively to some auxiliary I/O devices **206**. A device user may also compose data items, such as e-mail messages, using the keyboard **224** and/or some other auxiliary I/O device **206**, such as a touchpad, a rocker switch, a thumbwheel, a trackball, a touchscreen, or some other type of input device. The composed data items may then be transmitted over the wireless carrier network **270** via the communication subsystem **202**.

In a voice communication mode, overall operation of the device is substantially similar to the data communication mode, except that received signals are output to the speaker **211**, and signals for transmission are generated by a microphone **212**. Alternative voice or audio I/O subsystems, such as a voice message recording subsystem, may also be implemented on the mobile communication device **200**. In addition, the display **226** may also be utilized in voice communication mode, for example, to display the identity of a calling party, the duration of a voice call, or other voice call related information.

The short-range communications subsystem **204** enables communication between the mobile communication device **200** and other proximate systems or devices, which need not necessarily be similar devices. For example, the short-range communications subsystem may include an infrared device and associated circuits and components, or a Bluetooth™ communication module to provide for communication with similarly-enabled systems and devices, or a near field communication module, etc.

The mobile communication device **200** may generate cryptographic keys for use in a public key infrastructure (PKI) scheme. In a PKI scheme, a device generates a public cryptographic key (public key) and a corresponding private cryptographic key (private key). However, such cryptographic keys are of little use unless the public key is reliably associated with the identity of the mobile communication device **200**, or the identity of the user of the mobile communication device **200**.

A public key certificate (or digital identity certificate) is an electronic document, issued by a trusted party. The public key certificate incorporates a digital signature to bind together a public key with an identity—information such as the name of a person or an organization, an associated address and so forth. The certificate can be used to verify that a public key belongs to an individual.

A Certificate Authority (CA) may act as the trusted party, the entity that issues digital certificates. The digital certificate certifies the ownership of a public key by the named subject of the digital certificate.

Upon receiving a communication and an associated signature, the microprocessor **228** of the mobile communication device **200** may act to authenticate the communication. The microprocessor **228** may generate a hash of the communication. The microprocessor **228** may also decrypt the signature using a public key associated with the source of the communication. Upon matching the decrypted signature to the generated hash of the communication, the microprocessor **228** may consider the communication to have reliably originated at the source.

When the microprocessor **228** requires the public key associated with the source of the communication, the microprocessor **228** may review a local key store. Upon failing to locate the public key in the local key store, the micropro-

cessor **228** may seeks to import a digital certificate associated with the source of the communication. The microprocessor **228** may obtain the digital certificate directly from the source of the communication or from a trusted CA. Upon obtaining the digital certificate, the microprocessor **228** may save the digital certificate at the mobile communication device **200** in a certificate store. Furthermore, the microprocessor **228** may extract the public key from the digital certificate and save the public key in a key store.

Historically, certificate stores and key stores have been implemented independent of the concept of the mobile communication device **200** having distinct modes of operation and corresponding memory spaces.

In aspects of the present application, a "class" designation may be used within the existing certificate store structure and key store structure. Accordingly, individual certificates and keys can be assigned to one space among plural spaces. In operation, the microprocessor **228** may consider a class of a certificate when importing the certificate, validating the certificate and deleting the certificate. Similarly, the microprocessor **228** may consider a class of a key when importing the key and when deleting the key.

The space management module **230**C, executed by the microprocessor **228**, may be configured to handle such tasks as space creation and space removal.

FIG. **3** illustrates example steps in a method of creating a space. Initially, the space management module **230**C may receive (step **302**) a command to create a personal space. Responsively, the space management module **230**C may designate (step **304**) a range of addresses in the memory **110** for the personal space **120**. The space management module **230**C may send (step **306**) inter-process messages to the certificate manager **230**D to indicate that the personal certificate stores are to be initialized for the personal space **120**. The certificate manager **230**D may then initialize (step **308**) one or more personal certificate stores, that is, ranges of memory in which to save certificates. For example, a personal certificate store may be created for certificates related to the browsing, by the mobile communication device **200**, of the world wide web. For another example, a personal certificate store may be created for certificates related to use, by the mobile communication device **200**, of WiFi networks. For a further example, a personal certificate store may be created for certificates related to use, by the mobile communication device **200**, of Virtual Private Networks (VPNs).

The same method may be repeated for the corporate space. Similarly, the method illustrated in FIG. **3** can be used to create a personal key store or a corporate key store.

Initially, the space management module **230**C may receive (step **302**) a command to create a corporate space. Responsively, the space management module **230**C may designate (step **304**) a range of addresses in the memory **110** for the corporate space **130**. The space management module **230**C may send (step **306**) inter-process messages to the certificate manager **230**D to indicate that the corporate certificate stores are to be initialized for the corporate space **120**. The certificate manager **230**D may then initialize (step **308**) one or more corporate certificate stores. For example, a corporate certificate store may be created for certificates related to the browsing, by the mobile communication device **200**, of the world wide web. For another example, a corporate certificate store may be created for certificates related to use, by the mobile communication device **200**, of WiFi networks. For a further example, a corporate certificate store may be created for certificates related to use, by the mobile communication device **200**, of Virtual Private Networks (VPNs).

Hereinbefore, creation (step **308**) of a certificate store associated with the designation of a class has been presented in the context of creation of a space associated with the designation of the same class (e.g., corporate). Notably, however, a certificate store may be created independent of the creation of a space and responsive to a command to create a certificate store.

FIG. **4** illustrates example steps in a method of creating a certificate store. Some time subsequent to the creation of a space associated with the designation of a class, the certificate manager **230**D may receive (step **402**) a command (say, in the form of an inter-process message) to create a certificate store. Based on the command indicating a class for the certificate store, the certificate manager **230**D may proceed to create (step **404**) a certificate store associated with a designation of the class (corporate or personal).

FIG. **5** illustrates example steps in a method of deleting a space. Initially, the space management module **230**C may receive (step **502**) a command to delete the corporate space **130**. Responsively, the space management module **230**C may send (step **504**) inter-process messages to the certificate manager **230**D to indicate that the corporate certificate stores are to be deleted. The certificate manager **230**D may delete (step **506**) the one or more corporate certificate stores. More specifically, there may exist Application Programming Interfaces (APIs) specific to each mobile device activity that is associated with a certificate store. Recalling previous examples, there may be an API specific to web browsing, an API specific to WiFi use and an API specific to VPN use. A call to one of these APIs to delete a corporate certificate store may indicate specific attributes for each of the corporate certificate stores to be deleted. Such attributes may specify that the certificate store has a corporate class designation, is associated with a specific owner and has specific a group ID attribute.

Similarly, responsive to receiving (step **502**) a command to delete a space of a particular class, the space management module **230**C may send (step **504**) inter-process messages to the certificate manager **230**D to indicate that corporate key stores are to be deleted. The certificate manager **230**D may then delete one or more key stores of the same class.

The space management module **230**C may also delete (step **508**) the corporate applications **132**.

Notably, the deletion (step **506**) of the one or more corporate certificate stores, by the certificate manager **230**D may occur without messaging between the space management module **230**C and the certificate manager **230**D. In such a case, the space management module **230**C merely receives (step **502**) a command to delete a space of a particular class and, responsively, deletes (step **508**) the applications of the particular class.

The certificate manager **230**D, as part of the operating system **140**, may occasionally be called upon by a given application, among the applications **122**, **132**, to verify the validity of a certificate. For example, the certificate manager **230**D may receive (step **602**, see FIG. **6**) a certificate validation command when the given application, executed on the mobile communication device **200**, has received a certificate from a source of a communication.

In typical operation, it is expected that the certificate manager **230**D will build (step **604**) a certificate chain for the received certificate. The received certificate is expected to indicate an issuing CA. The issuing CA may be trusted based on a certificate issued by a further CA, and so on, ending at a so-called "root" CA certificate. Having built the chain, the certificate manager **230**D attempts to validate (step **606**) the chain by determining that the root CA is saved in one of the

trusted certificate stores for the given application and is explicitly trusted. Upon determining that the root CA certificate for the received certificate is saved in one of the trusted certificate stores, the certificate manager **230D** may reply (step **608**) to the given application from which the certificate validation command was received with an indication of a validation status. As will be familiar to those skilled in the art, the indication may include a message indicating successful validation or a message indicating unsuccessful validation.

The certificate manager **230D** will typically attempt to validate (step **606**) the chain by locating the root CA certificate in any one of the trusted certificate stores, without regard for whether a particular certificate store is a corporate certificate store or a personal certificate store. This could lead to a situation where the given application, running in the corporate space **130**, may cause the certificate manager **230D** to successfully validate (step **606**) a chain based on a root CA certificate that is explicitly trusted in a personal certificate store but not specifically trusted in one of the corporate certificate stores.

The certificate validation command created by the given application may specify one or more certificate stores. As one solution, the certificate manager API may be altered such that, for example, certificate manager **230D** may only validate (step **606**) a chain based on a root CA certificate in a specific personal certificate store, thereby leading to validation of the certificate with a root CA certificate trusted in the personal space **120**. The certificate manager **230D** may, for another example, only validate (step **606**) a chain based on a root CA certificate in a specific corporate certificate store, thereby leading to validation of the certificate with a root CA certificate trusted in the corporate space **130**. If the certificate store is not specified, then the certificate manager **230D** may validate (step **606**) a chain based on a root CA certificate in a personal certificate store or a corporate certificate store, thereby leading to validation of the certificate with either a root CA certificate trusted in the personal space **120** or a root CA certificate trusted in the corporate space **130**.

As mentioned hereinbefore, the certificate validation command created by the given application may specify multiple certificate stores. However, it is noted that all of the certificate stores will be in the same space. In such a case, the certificate manager **230D** may attempt to validate (step **606**) a chain against root CA certificates in all of the multiple certificate stores.

Conveniently, designation of a class for certificates and keys allows for specific spaces to be associated with distinct certificate stores and keys stores, thereby allowing for space-aware import, validation and deletion of certificates and keys. As described hereinbefore, validation does not cross space boundaries. Furthermore, on deletion of a space, associated certificates are also deleted.

The above-described implementations of the present application are intended to be examples only. Alterations, modifications and variations may be effected to the particular implementations by those skilled in the art without departing from the scope of the application, which is defined by the claims appended hereto.

What is claimed is:

1. A method of creating a certificate store in a memory of a device, the method comprising:
   receiving, at a space management module, a command to create a memory space, the memory space associated with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
   designating, at the space management module, a range of addresses in a memory for the memory space; and
   initializing, at a certificate manager, a certificate store in the memory of the device, the certificate store associated with the designation of the class.

2. The method of claim **1** further comprising transmitting, at the space management module, an inter-process message to the certificate manager to indicate that the certificate store is to be initialized for the memory space.

3. The method of claim **1** wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for world wide web browsing.

4. The method of claim **1** wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for wireless communication.

5. The method of claim **1** wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for facilitating communication on a virtual private network.

6. A mobile communication device comprising:
   a memory;
   a processor adapted to:
   receive a command to create a memory space, the memory space associated with a designation of a class identifying a first mode of operation of the mobile communication device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
   designate a range of addresses in the memory for the memory space; and
   initialize a certificate store in the memory, the certificate store associated with the designation of the class.

7. A non-transitory computer-readable medium containing computer-executable instructions that, when performed by a processor in a mobile communication device, cause said processor to:
   receive a command to create a memory space, the memory space associated with a designation of a class identifying a first mode of operation of the mobile communication device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
   designate a range of addresses in a memory for the memory space; and
   initialize a certificate store in the memory, the certificate store associated with the designation of the class.

8. A method of managing space in a memory of a device, the method comprising:
   receiving, at a space management module, a command to delete a given memory space among a plurality of memory spaces, the given memory space associated with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and
   deleting, at the space management module, application code associated with the designation of the class.

9. The method of claim 8 further comprising deleting, at a certificate manager, a certificate store, the certificate store associated with the designation of the class.

10. The method of claim 9 further comprising transmitting, at the space management module, an inter-process message to the certificate manager to indicate that the certificate store is to be deleted.

11. The method of claim 9 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for world wide web browsing.

12. The method of claim 9 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for wireless communication.

13. The method of claim 9 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for facilitating communication on a virtual private network.

14. A mobile communication device comprising:
a memory;
a processor adapted to:
receive a command to delete a given memory space among a plurality of memory spaces, the given memory space associated with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and
delete application code associated with the designation of the class.

15. A non-transitory computer-readable medium containing computer-executable instructions that, when performed by a processor in a mobile communication device, cause said processor to:
receive a command to delete a given memory space among a plurality of memory spaces, the given memory space associated with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and
delete application code associated with the designation of the class.

16. A method of handling certificate validation, the method comprising:
receiving a certificate validation command, the certificate validation command specifying a certificate and a certificate store with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
building a certificate chain for the certificate;
attempting to validate the certificate chain to a root certification authority certificate in the certificate store; and
replying to a source of the certificate validation command with an indication of validation status.

17. The method of claim 16 wherein the first mode comprises a personal mode of operation of the device.

18. The method of claim 16 wherein the first mode comprises a corporate mode of operation of the device.

19. The method of claim 16 wherein the certificate validation command specifies a plurality of certificate stores associated with the class and the attempting to validate the certificate chain performed for each of the certificate stores in the plurality of certificate stores.

20. A mobile communication device comprising:
a memory; and
a processor adapted to:
receive a certificate validation request, the certificate validation request specifying a certificate store with a designation of a class identifying a first mode of operation of the device, such that data in a memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
build a certificate chain for the certificate;
attempt to validate the certificate chain to a root certification authority certificate in the certificate store; and
reply to a source of the certificate validation command with an indication of validation status.

21. A non-transitory computer-readable medium containing computer-executable instructions that, when performed by a processor in a mobile communication device, cause said processor to:
receive a certificate validation request, the certificate validation request specifying a certificate store with a designation of a class identifying a first mode of operation of the device, such that data in a memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation;
build a certificate chain for the certificate;
attempt to validate the certificate chain to a root certification authority certificate in the certificate store; and
reply to a source of the certificate validation command with an indication of validation status.

22. A method of creating a certificate store in a memory of a device, the method comprising:
receiving a command to create a certificate store, the command indicating a designation of a class identifying a first mode of operation of the device, such that data in a memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and
initializing a certificate store in the memory of the device, the certificate store associated with the designation of the class.

23. The method of claim 22 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for world wide web browsing.

24. The method of claim 22 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for wireless communication.

25. The method of claim 22 wherein the certificate store comprises memory designated for maintaining certificates related to execution of an application configured for facilitating communication on a virtual private network.

26. A mobile communication device comprising: a memory; a processor adapted to:
receive a command to create a certificate store, the command indicating a designation of a class identifying a first mode of operation of the mobile communication device, such that data in a memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and

initialize a certificate store in the memory of the device, the certificate store associated with the designation of the class.

27. A non-transitory computer-readable medium containing computer-executable instructions that, when performed by a processor in a mobile communication device, cause said processor to:

receive a command to create a certificate store, the command indicating a designation of a class identifying a first mode of operation of the mobile communication device, such that data in a memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; and

initialize a certificate store in the memory of the device, the certificate store associated with the designation of the class.

* * * * *