# Exhibit 5



US008699999B2

(12) **United States Patent**
Kahandaliyanage

(10) Patent No.: **US 8,699,999 B2**
(45) Date of Patent: **\*Apr. 15, 2014**

(54) **SYSTEM AND METHOD FOR APPLICATION PROGRAM OPERATION ON A WIRELESS DEVICE**

(75) Inventor: **Shawn Kahandaliyanage**, Kitchener (CA)

(73) Assignee: **BlackBerry Limited**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/561,374**

(22) Filed: **Jul. 30, 2012**

(65) **Prior Publication Data**

US 2012/0297443 A1     Nov. 22, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/196,925, filed on Aug. 3, 2011, now Pat. No. 8,254,884, which is a continuation of application No. 11/282,564, filed on Nov. 21, 2005, now Pat. No. 8,045,958.

(51) **Int. Cl.**
*H04M 1/66*          (2006.01)

(52) **U.S. Cl.**
USPC ........... **455/410**; 455/411; 455/418; 455/419; 455/420; 455/550.1; 726/1; 726/4; 726/11; 726/21; 726/26; 709/203; 709/223

(58) **Field of Classification Search**
USPC .............. 455/410, 411, 418, 419, 420, 550.1; 726/1, 4, 11, 21, 26, 27; 709/203, 223
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,261,102 | A | 11/1993 | Hoffman |
| 5,560,008 | A | 9/1996 | Johnson et al. |
| 5,619,710 | A | 4/1997 | Travis, Jr. et al. |
| 5,778,348 | A | 7/1998 | Manduley et al. |
| 5,875,327 | A | 2/1999 | Brandt et al. |
| 5,944,821 | A | 8/1999 | Angelo |
| 5,977,821 | A | 11/1999 | Shibata |
| 6,061,794 | A | 5/2000 | Angelo et al. |
| 6,065,054 | A | 5/2000 | Dutcher et al. |
| 6,092,202 | A | 7/2000 | Veil et al. |
| 6,101,607 | A | 8/2000 | Bachand et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2567715 A1 | 5/2007 |
| CA | 2579541 | 8/2007 |

(Continued)

OTHER PUBLICATIONS

Canadian Office Action dated Aug. 31, 2009, Canadian Patent Application No. 2,567,715.

(Continued)

*Primary Examiner* — Khai M Nguyen
(74) *Attorney, Agent, or Firm* — Bereskin and Parr LLP/ S.E.N.C.R.L., s.r.l.

(57)          **ABSTRACT**

Embodiments described herein address mobile devices with non-secure operating systems that do not provide a sufficient security framework. More particularly, the embodiments described herein provide a set of applications to the device for providing security features to the non-secure operating system.

**22 Claims, 6 Drawing Sheets**



**US 8,699,999 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,134,593 | A | 10/2000 | Alexander et al. |
| 6,134,659 | A | 10/2000 | Sprong et al. |
| 6,141,754 | A | 10/2000 | Choy |
| 6,167,445 | A | 12/2000 | Gai et al. |
| 6,167,521 | A | 12/2000 | Smith et al. |
| 6,192,476 | B1 | 2/2001 | Gong |
| 6,202,207 | B1 | 3/2001 | Donohue |
| 6,212,635 | B1 | 4/2001 | Reardon |
| 6,216,116 | B1 | 4/2001 | Barkan et al. |
| 6,219,694 | B1 | 4/2001 | Lazaridis et al. |
| 6,233,608 | B1 | 5/2001 | Laursen et al. |
| 6,480,961 | B2 | 11/2002 | Rajasekharan et al. |
| 6,487,665 | B1 | 11/2002 | Andrews et al. |
| 6,513,121 | B1 | 1/2003 | Serkowski |
| 6,922,782 | B1 | 7/2005 | Spyker et al. |
| 6,931,379 | B1 | 8/2005 | Sato et al. |
| 6,941,355 | B1 | 9/2005 | Donaghey et al. |
| 7,546,956 | B2 | 6/2009 | Adams et al. |
| 7,792,526 | B2 | 9/2010 | Salomone et al. |
| 7,793,355 | B2 | 9/2010 | Little et al. |
| 7,815,100 | B2 | 10/2010 | Adams et al. |
| 7,840,150 | B2 | 11/2010 | Mori et al. |
| 7,882,193 | B1 | 2/2011 | Aronson et al. |
| 8,045,958 | B2 | 10/2011 | Kahandaliyanage |
| 8,229,425 | B2 | 7/2012 | Salomone et al. |
| 8,254,884 | B2 | 8/2012 | Kahandaliyanage et al. |
| 8,332,906 | B2 | 12/2012 | Roberts et al. |
| 8,544,057 | B2 | 9/2013 | Bocking et al. |
| 2001/0002485 | A1 | 5/2001 | Bisbee et al. |
| 2001/0007133 | A1 | 7/2001 | Moriconi et al. |
| 2001/0031089 | A1 | 10/2001 | Miyabe et al. |
| 2002/0007454 | A1 | 1/2002 | Tarpenning et al. |
| 2002/0099837 | A1* | 7/2002 | Oe et al. .......................... 709/229 |
| 2002/0120600 | A1 | 8/2002 | Schiavone et al. |
| 2002/0152376 | A1 | 10/2002 | Eigeles |
| 2002/0183056 | A1 | 12/2002 | Lundblade et al. |
| 2003/0023774 | A1 | 1/2003 | Gladstone et al. |
| 2003/0065724 | A1 | 4/2003 | Clark |
| 2003/0081621 | A1 | 5/2003 | Godfrey et al. |
| 2003/0114106 | A1* | 6/2003 | Miyatsu et al. .................. 455/41 |
| 2003/0135555 | A1 | 7/2003 | Birrel et al. |
| 2003/0191719 | A1 | 10/2003 | Ginter et al. |
| 2003/0233577 | A1 | 12/2003 | Bellino |
| 2004/0039911 | A1 | 2/2004 | Oka et al. |
| 2004/0078565 | A1 | 4/2004 | Hofmeister et al. |
| 2004/0177270 | A1 | 9/2004 | Little et al. |
| 2004/0255169 | A1 | 12/2004 | Little et al. |
| 2004/0260760 | A1 | 12/2004 | Curnyn |
| 2005/0050319 | A1 | 3/2005 | Suraski |
| 2005/0129042 | A1 | 6/2005 | Muhonen et al. |
| 2005/0159123 | A1* | 7/2005 | Lu ............................... 455/183.2 |
| 2005/0190083 | A1 | 9/2005 | Tyneski et al. |
| 2005/0198179 | A1 | 9/2005 | Savilampi |
| 2005/0252963 | A1 | 11/2005 | Adams et al. |
| 2005/0256957 | A1* | 11/2005 | Shay ............................. 709/225 |
| 2005/0257209 | A1 | 11/2005 | Adams et al. |
| 2005/0257268 | A1* | 11/2005 | Guo et al. ........................ 726/25 |
| 2005/0278419 | A1 | 12/2005 | Morris |
| 2006/0112416 | A1* | 5/2006 | Ohta et al. ........................ 726/1 |
| 2006/0168046 | A1 | 7/2006 | Qureshi |
| 2006/0272028 | A1 | 11/2006 | Maes |
| 2006/0282896 | A1 | 12/2006 | Qi |
| 2006/0288407 | A1 | 12/2006 | Naslund et al. |
| 2007/0118558 | A1 | 5/2007 | Kahandaliyanage |
| 2007/0204324 | A1 | 8/2007 | Roberts et al. |
| 2007/0204326 | A1 | 8/2007 | Bocking et al. |
| 2007/0294744 | A1 | 12/2007 | Alessio et al. |
| 2008/0065648 | A1 | 3/2008 | Gupta et al. |
| 2009/0224036 | A1 | 9/2009 | Adams et al. |
| 2010/0058464 | A1 | 3/2010 | Harker et al. |
| 2011/0010705 | A1 | 1/2011 | Adams et al. |
| 2011/0289554 | A1 | 11/2011 | Kahandaliyanage |
| 2013/0007247 | A1 | 1/2013 | Roberts et al. |
| 2013/0019318 | A1 | 1/2013 | Adams et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2619196 | 8/2008 |
| CA | 2579541 | 8/2013 |
| EP | 0384610 | 8/1990 |
| EP | 0813132 | 12/1997 |
| EP | 0828209 | 3/1998 |
| EP | 1168141 | 1/2002 |
| EP | 1185923 B1 | 3/2004 |
| EP | 1427166 | 6/2004 |
| EP | 1465041 | 6/2004 |
| EP | 1788505 A1 | 5/2007 |
| EP | 1826944 | 5/2009 |
| FR | 2825565 | 12/2002 |
| GB | 2312767 | 5/1997 |
| GB | 2333865 | 4/1999 |
| GB | 2355819 | 5/2001 |
| GB | 2378780 | 2/2003 |
| JP | 2002056360 | 2/2002 |
| JP | 2002091598 | 3/2002 |
| JP | 2002170063 | 6/2002 |
| JP | 2002182963 | 6/2002 |
| WO | 9844404 | 10/1998 |
| WO | 9945454 | 9/1999 |
| WO | 0056027 | 9/2000 |
| WO | 0060434 | 10/2000 |
| WO | 0171590 | 9/2001 |
| WO | 0177811 | 10/2001 |
| WO | 0178395 | 10/2001 |
| WO | 02097620 | 12/2002 |
| WO | 03058411 | 7/2003 |
| WO | 03063524 | 7/2003 |
| WO | 2005106678 A1 | 11/2005 |

OTHER PUBLICATIONS

Office Action Response dated Oct. 20, 2009, U.S. Appl. No. 11/362,481.

Final Office Action dated Mar. 9, 2010, U.S. Appl. No. 11/362,481.

Office Action dated Nov. 9, 2009, U.S. Appl. No. 11/679,470.

Office Action Response dated Jan. 28, 2010, U.S. Appl. No. 11/679,470.

Co-pending U.S. Appl. No. 11/118,844, "System and Method of Owner Application Control of Electronic Devices", filed Apr. 29, 2005.

Office Action dated May 29, 2008, U.S. Appl. No. 11/118,844.

Office Action Response dated Dec. 1, 2008, U.S. Appl. No. 11/118,844.

Office Action dated Mar. 10, 2009, U.S. Appl. No. 11/118,844.

Office Action Response dated May 8, 2009, U.S. Appl. No. 11/118,844.

Office Action dated Aug. 20, 2009, U.S. Appl. No. 11/118,844.

Office Action Response dated Nov. 19, 2009, U.S. Appl. No. 11/118,844.

Notice of Allowance dated Feb. 23, 2010, U.S. Appl. No. 11/118,844.

Bos, "Re: CSS: Extended tiling. Proposal", [online] May 5, 2004, pp. 1-2, XP002462798, www-style@w3.org, http://lists.w3.org/Archives/Public/www-style/2004May/0020.html.

W3C, "CSS3 Border Module" [online] Nov. 7, 2002, pp. 1-14, XP002462799, www.w3.org/TR/2002/WD-css3-border-20021107/.

W3C, "CSS3 Backgrounds and Borders Module" [online] Feb. 16, 2005, pp. 1-29, XP002462800, www.w3.org/TR/2005/WD-css2-background-20050216/.

Co-pending U.S. Appl. No. 12/468,441, "System and Method of Operation Control on an Electronic Device", filed May 19, 2009.

United States Office Action dated Jul. 6, 2011, U.S. Appl. No. 11/362,481.

United States Office Action Response dated May 9, 2011, U.S. Appl. No. 11/362,481.

United States Office Action dated Feb. 17, 2011, U.S. Appl. No. 11/362,481.

United States Office Action dated Feb. 18, 2011, U.S. Appl. No. 11/679,470.

United States Office Action Response dated Apr. 19, 2011, U.S. Appl. No. 11/679,470.

## US 8,699,999 B2

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

United States Office Action dated May 24, 2010, U.S. Appl. No. 11/679,470.
United States Office Action Response dated Aug. 5, 2010, U.S. Appl. No. 11/679,470.
United States Office Action dated Mar. 22, 2010, U.S. Appl. No. 12/468,441.
United States Office Action Response dated Jun. 22, 2010, U.S. Appl. No. 12/468,441.
United States Notice of Allowance dated Aug. 11, 2010, U.S. Appl. No. 12/468,441.
Takaragi; Angou Houshiki to Ouyou [ Encryption System and Application]; Journal of Information Processing; vol. 32, No. 6; Japan Information Processing Society of Japan; Jun. 1991; pp. 714-723.
United States Office Action Response dated Jun. 4, 2010, U.S. Appl. No. 11/362,481.
Amendment dated May 24, 2010, U.S. Appl. No. 11/118,844.
United States Notice of Allowance dated Jun. 10, 2010, U.S. Appl. No. 11/118,844.
Co-pending U.S. Appl. No. 12/885,281, filed Sep. 17, 2010.
Co-pending U.S. Appl. No. 11/362,481, "Method of Customizing a Standardized IT Policy", filed Feb. 27, 2006.
United States Office Action dated Jul. 20, 2009, U.S. Appl. No. 11/362,481.
Co-pending U.S. Appl. No. 11/679,470, "Method of Customizing a Standardized IT Policy", filed Feb. 27, 2007.
European Decision dated Dec. 16, 2008, European Patent Application No. 05111046.8.
Summons to Attend Oral Proceedings dated Apr. 10, 2008, European Patent Application No. 05111046.8.
European Examination Report dated Mar. 30, 2007, European Patent Application No. 06110449.3.
European Examination Report dated Jun. 28, 2007, European Patent Application No. 05111046.8.
European Search Report dated May 29, 2006, European Patent Application No. 06110449.3.
Rooker, T: "The Reference Monitor: An Idea Whose Time Has Come" Proceedings. ACM SIGSAC New Security Paradigms Workshop, Proceedings of New Security Paradigms Workshop, Aug. 3, 1993, pp. 192-197, XP001147934.
Microsoft: "Computer Dictionary" Microsoft Press, Dec. 31, 2002, p. 33, XP001147934.
Extended European Search and Examination Report for corresponding EP patent application No. EP 05 11 1046 dated Jun. 9, 2006.
Nobels, Jonathan, Research in Motion Limited, "Give Me a Sign", BlackBerry Developer Journal, Writing Efficient 32ME Software, 3 pages, May 2004 http://www.blackberry.com/developers/journal/may_2004/give_me_a_sign.shtml.
Research in Motion Limited, BlackBerry Wireless application deployment in the enterprise, originally posted: Feb. 2003, last revised: Jul. 2003, 4 pages, www.blackberry.com.
Research in Motion Limited, BlackBerry Application Security for Java-based BlackBerry Handhelds, originally posted: Feb. 2003, 5 pages, www.blackberry.com.
Research in Motion Limited, BlackBerry Security White Paper Release 4.0, 2004, www.blackberry.com.
Research in Motion Limited, BlackBerry Java Development Environment Version 3.6 Developer Guide vol. 2—Advanced Topics, Mar. 24, 2003, chapter 1, Using Controlled APIs.
Research in Motion Limited, Controlled APIs, 3 pages from blackberry.com printed Dec. 2, 2004 http://www.blackberry.com/developers/na/java/tools/controlledAPIs.shtml.
Research in Motion Limited, BlackBerry IT Policy Manager, 19 pages, 2002.
Research in Motion Limited, Implementing the IT Policy Manager for BlackBerry, 12 pages, originally posted Mar. 2002.
Research in Motion Limited, Wireless IT Policy and IT Administration BlackBerry Enterprise Server version 3.5 for Microsoft Exchange, 17 pages, 2002.

United States Final Office Action dated Jul. 22, 2011, U.S. Appl. No. 11/679,470.
Express Abandonment dated Sep. 9, 2010, U.S. Appl. No. 12/468,441.
Notice of Abandonment dated Sep. 14, 2010, U.S. Appl. No. 12/468,441.
Office Action Response dated Sep. 15, 2011, U.S. Appl. No. 11/362,481.
Final Office Action dated Nov. 28, 2011, U.S. Appl. No. 11/362,481.
Office Action Response dated Feb. 9, 2012, U.S. Appl. No. 11/362,481.
Office Action Response dated Sep. 19, 2011, U.S. Appl. No. 11/679,470.
Advisory Action dated Sep. 29, 2011, U.S. Appl. No. 11/679,470.
Office Action dated Jan. 19, 2012, U.S. Appl. No. 11/679,470.
Preliminary Amendment dated Sep. 29, 2010, U.S. Appl. No. 12/885,281.
Canadian Office Action dated Dec. 16, 2010, Canadian Patent Application No. 2,567,715.
Office Action Response dated Apr. 18, 2012, U.S. Appl. No. 11/679,470.
Office Action dated Jun. 6, 2012, U.S. Appl. No. 11/679,470.
United States Notice of Allowance for U.S. Appl. No. 11/362,481, dated Sep. 4, 2012.
United States Response for U.S. Appl. No. 11/679,470, dated Jan. 16, 2013.
United States Office Action for U.S. Appl. No. 11/679,470, dated Oct. 18, 2012.
United States Request for Continued Examination for U.S. Appl. No. 11/679,470, dated Aug. 27, 2012.
United States Advisory Action for U.S. Appl. No. 11/679,470, dated Aug. 14, 2012.
United States Response for U.S. Appl. No. 11/679,470, dated Aug. 3, 2012.
Canadian Office Action for Canadian Patent Application No. 2,567,715, dated Aug. 7, 2012.
European Response for European Patent Application No. 5111046.8, dated Oct. 28, 2008.
European Response for European Patent Application No. 5111046.8, dated Sep. 22, 2008.
European Response for European Patent Application No. 5111046.8, dated Dec. 18, 2007.
European Response for European Patent Application No. 5111046.8, Jan. 3, 2007.
Co-pending U.S. Appl. No. 13/612,048 "Method of Customizing a standardized IT Policy", filed Sep. 12, 2012.
United States Preliminary Amendment for U.S. Appl. No. 13/612,048, dated Oct. 19, 2012.
Co-pending U.S. Appl. No. 13/618,311, "System and Method of Owner Application Control of Electronic Devices", filed Sep. 14, 2012.
United States Amendment for U.S. Appl. No. 13/618,311, dated Apr. 17, 2013.
United States Non-Final Office Action for U.S. Appl. No. 13/618,311, dated Jan. 17, 2013.
United States Notice of Allowance for U.S. Appl. No. 11/679,470, dated Mar. 21, 2013.
United States Certificate of Correction for U.S. Appl. No. 11/118,844, dated Jun. 14, 2011.
United States Request for Certificate of Correction for U.S. Appl. No. 11/118,844, dated Jun. 14, 2011.
"Wireless IT Policy and IT Administration—BlackBerry Enterprise Server version 3.5 for Microsoft Exchange", Research In Motion Limited, 2002, pp. 1-17.
United States Request for Continued Examination for U.S. Appl. No. 11/679,470, dated Apr. 26, 2013.
United States Notice of Allowance for U.S. Appl. No. 11/679,470, dated May 23, 2013.
United States Terminal Disclaimer for U.S. Appl. No. 13/612,048, dated Jun. 28, 2013.

(56) **References Cited**

OTHER PUBLICATIONS

United States Notice of Allowance for U.S. Appl. No. 13/612,048, dated Jul. 9, 2013.

United States Office Action for U.S. Appl. No. 13/618,311, dated Jun. 28, 2013.

Document "Access Control: Policies, Models, and Mechanisms" by Samarati and Capitani de Vimercati in Foundations of Security Analysis and Design, Lecture Notes in Computer Science, vol. 2171, 2001, pp. 137-196.

Article "Managing Authorization and Access Control", published by Microsoft online at http://technet.microsoft.com/en-us/library/bb457115 and published Nov. 3, 2005.

Lecture "Access Control" by Michael Clarkson, at https://www.cs.cornell.edu/courses/cs513/2007fa/NL.accessControl.html, Fall of 2007.

"Access Control List" Wikipedia entry at http://en.wikipedia.org/wiki/Access_control_list, retrieved Jun. 5, 2013.

Request for Continued Examination (RCE). U.S. Appl. No. 13/612,048. Dated: Oct. 9, 2013.

Amendment. U.S. Appl. No. 13/618,311. Dated: Sep. 19, 2013.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIGURE 5**



**FIGURE 6**



**FIGURE 7**



**FIGURE 8**

US 8,699,999 B2

**1**

# SYSTEM AND METHOD FOR APPLICATION PROGRAM OPERATION ON A WIRELESS DEVICE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of prior U.S. patent application Ser. No. 13/196,925, filed on Aug. 3, 2011, now issued to patent as U.S. Pat. No. 8,254,884, which is a continuation of prior U.S. patent application Ser. No. 11/282,564, filed on Nov. 21, 2005, now issued to patent as U.S. Pat. No. 8,045,958. The entire contents of U.S. patent application Ser. No. 13/196,925 and U.S. patent application Ser. No. 11/282, 564 are hereby incorporated by reference.

## FIELD

The embodiments described herein relate generally to wireless devices, and more particularly to providing a secure environment for applications running on wireless devices with non-secure operating systems.

## BACKGROUND

Wireless devices, hereafter referred to as mobile devices, include mobile phones, and mobile e-mail devices that typically have applications which allow users of these devices to perform a wide variety of functions including accessing or sending information, playing games, etc. These applications may be installed during the manufacture of these devices. Alternatively, these applications may be made by a third party and installed after the manufacture of these devices.

The operating system of a mobile device provides an application programming interface (API) that provides access to data which may be sensitive and a task manager for controlling application execution. However, typical operating systems lack a robust framework for addressing security and manageability of API access control as well as application control. Accordingly, sensitive APIs (i.e. APIs that provide access to sensitive information) may be accessed by rogue applications without passing through any security framework. For example, a sensitive API can be an API that allows access to a database of a corporate e-mail application. That being said, there are legitimate uses of APIs that must also be taken into consideration. In addition, non-secure operating systems on a mobile device often have no framework for allowing IT administrators to control which applications can be executed. Both API access control and application control for mobile systems are of particular concern to IT administrators who have a responsibility to protect confidential corporate information that reside on or are accessible by mobile devices.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the embodiments described herein and to show more clearly how they may be carried into effect, reference will now be made, by way of example only, to the accompanying drawings which show at least one exemplary embodiment and in which:

FIG. **1** is a block diagram of an exemplary embodiment of a mobile device;

FIG. **2** is a block diagram of an exemplary embodiment of a communication subsystem component of the mobile device of FIG. **1**;

**2**

FIG. **3** is an exemplary block diagram of a node of a wireless network;

FIG. **4** is a block diagram illustrating components of a host system in one exemplary configuration for use with the wireless network of FIG. **3** and the mobile device of FIG. **1**;

FIG. **5** is a block diagram of an exemplary embodiment of a non-secure operating system with several applications that may be executed on the mobile device of FIG. **1**;

FIG. **6** is an exemplary block diagram of a non-secure operating system that operates under the security and management policies enforced by a security management module;

FIG. **7** is a flowchart of an exemplary embodiment of a controlled API access process; and,

FIG. **8** is a flowchart of another exemplary embodiment of a controlled API access process.

## DETAILED DESCRIPTION

It will be appreciated that for simplicity and clarity of illustration, elements shown in the figures have not necessarily been drawn to scale. Further, where considered appropriate, reference numerals may be repeated among the figures to indicate corresponding or analogous elements. In addition, numerous specific details are set forth in order to provide a thorough understanding of the embodiments described herein. However, it will be understood by those of ordinary skill in the art that the embodiments described herein may be practiced without these specific details. In other instances, well-known methods, procedures and components have not been described in detail so as not to obscure the embodiments described herein. Also, the description is not to be considered as limiting the scope of the embodiments described herein.

The embodiments described herein generally relate to a mobile wireless communication device, hereafter referred to as a mobile device, that has a non-secure operating system. Examples of applicable communication devices include pagers, cellular phones, cellular smart-phones, wireless organizers, personal digital assistants, computers, laptops, handheld wireless communication devices, wirelessly enabled notebook computers and the like.

The mobile device is a two-way communication device with advanced data communication capabilities including the capability to communicate with other mobile devices or computer systems through a network of transceiver stations. The mobile device may also have the capability to allow voice communication. Depending on the functionality provided by the mobile device, it may be referred to as a data messaging device, a two-way pager, a cellular telephone with data messaging capabilities, a wireless Internet appliance, or a data communication device (with or without telephony capabilities). To aid the reader in understanding the structure of the mobile device and how it communicates with other devices and host systems, reference will now be made to FIGS. **1** through **4**.

Referring first to FIG. **1**, shown therein is a block diagram of an exemplary embodiment of a mobile device **100**. The mobile device **100** includes a number of components such as a main processor **102** that controls the overall operation of the mobile device **100**. Communication functions, including data and voice communications, are performed through a communication subsystem **104**. The communication subsystem **104** receives messages from and sends messages to a wireless network **200**. In this exemplary implementation of the mobile device **100**, the communication subsystem **104** is configured in accordance with the Global System for Mobile Communication (GSM) and General Packet Radio Services (GPRS)

US 8,699,999 B2

**3**

standards. The GSM/GPRS wireless network is used worldwide and it is expected that these standards will be superseded eventually by Enhanced Data GSM Environment (EDGE) and Universal Mobile Telecommunications Service (UMTS). New standards are still being defined, but it is believed that they will have similarities to the network behavior described herein, and it will also be understood by persons skilled in the art that the embodiments described herein are intended to use any other suitable standards that are developed in the future. The wireless link connecting the communication subsystem **104** with the wireless network **200** represents one or more different Radio Frequency (RF) channels, operating according to defined protocols specified for GSM/GPRS communications. With newer network protocols, these channels are capable of supporting both circuit switched voice communications and packet switched data communications.

Although the wireless network **200** associated with mobile device **100** is a GSM/GPRS wireless network in one exemplary implementation, other wireless networks may also be associated with the mobile device **100** in variant implementations. The different types of wireless networks that may be employed include, for example, data-centric wireless networks, voice-centric wireless networks, and dual-mode networks that can support both voice and data communications over the same physical base stations. Combined dual-mode networks include, but are not limited to, Code Division Multiple Access (CDMA) or CDMA2000 networks, GSM/GPRS networks (as mentioned above), and future third-generation (3G) networks like EDGE and UMTS. Some other examples of data-centric networks include WiFi 802.11, Mobitex™ and DataTAC™ network communication systems. Examples of other voice-centric data networks include Personal Communication Systems (PCS) networks like GSM and Time Division Multiple Access (TDMA) systems.

The main processor **102** also interacts with additional subsystems such as a Random Access Memory (RAM) **106**, a flash memory **108**, a display **110**, an auxiliary input/output (I/O) subsystem **112**, a data port **114**, a keyboard **116**, a speaker **118**, a microphone **120**, short-range communications **122** and other device subsystems **124**.

Some of the subsystems of the mobile device **100** perform communication-related functions, whereas other subsystems may provide "resident" or on-device functions. By way of example, the display **110** and the keyboard **116** may be used for both communication-related functions, such as entering a text message for transmission over the network **200**, and device-resident functions such as a calculator or task list.

The mobile device **100** may send and receive communication signals over the wireless network **200** after required network registration or activation procedures have been completed. Network access is associated with a subscriber or user of the mobile device **100**. To identify a subscriber, the mobile device **100** requires a SIM/RUIM card **126** (i.e. Subscriber Identity Module or a Removable User Identity Module) to be inserted into a SIM/RUIM interface **128** in order to communicate with a network. The SIM card or RUIM **126** is one type of a conventional "smart card" that can be used to identify a subscriber of the mobile device **100** and to personalize the mobile device **100**, among other things. Without the SIM card **126**, the mobile device **100** is not fully operational for communication with the wireless network **200**. By inserting the SIM card/RUIM **126** into the SIM/RUIM interface **128**, a subscriber can access all subscribed services. Services may include: web browsing and messaging such as e-mail, voice mail, Short Message Service (SMS), and Multimedia Messaging Services (MMS). More advanced services may include: point of sale, field service and sales force automa-

**4**

tion. The SIM card/RUIM **126** includes a processor and memory for storing information. Once the SIM card/RUIM **126** is inserted into the SIM/RUIM interface **128**, it is coupled to the main processor **102**. In order to identify the subscriber, the SIM card/RUIM **126** can include some user parameters such as an International Mobile Subscriber Identity (IMSI). An advantage of using the SIM card/RUIM **126** is that a subscriber is not necessarily bound by any single physical mobile device. The SIM card/RUIM **126** may store additional subscriber information for a mobile device as well, including datebook (or calendar) information and recent call information. Alternatively, user identification information can also be programmed into the flash memory **108**.

The mobile device **100** is a battery-powered device and includes a battery interface **132** for receiving one or more rechargeable batteries **130**. In some embodiments, the battery **130** can be a smart battery with an embedded microprocessor. The battery interface **132** is coupled to a regulator (not shown), which assists the battery **130** in providing power V+ to the mobile device **100**. Although current technology makes use of a battery, future technologies such as micro fuel cells may provide the power to the mobile device **100**.

The mobile device **100** also includes an operating system **134** and software components **136** to **148** which are described in more detail below. The operating system **134** and the software components **136** to **148** that are executed by the main processor **102** are typically stored in a persistent store such as the flash memory **108**, which may alternatively be a read-only memory (ROM) or similar storage element (not shown). Those skilled in the art will appreciate that portions of the operating system **134** and the software components **136** to **148**, such as specific device applications, or parts thereof, may be temporarily loaded into a volatile store such as the RAM **106**.

The operating system **134**, in the absence of additional software components or controls, is a non-secure operating system which lacks a comprehensive security and management framework. This results in a number of shortcomings in areas such as: user authentication (ensuring that only the intended user can access the device **100**), memory security (ensuring that an application's data in memory is private to that application only), flash security (ensuring that an application's data in flash memory is private to that application only), and API security (ensuring that only authorized applications can access sensitive APIs), as well as other security issues.

The subset of software applications **136** that control basic device operations, including data and voice communication applications, will normally be installed on the mobile device **100** during its manufacture. Other software applications **136** include a message application **138** that can be any suitable software program that allows a user of the mobile device **100** to send and receive electronic messages. Various alternatives exist for the message application **138** as is well known to those skilled in the art. Messages that have been sent or received by the user are typically stored in the flash memory **108** of the mobile device **100** or some other suitable storage element in the mobile device **100**. In some embodiments, some of the sent and received messages may be stored remotely from the device **100** such as in a data store of an associated host system that the mobile device **100** communicates with.

The message application **138** can include an address book that provides information for a list of contacts for the user. For a given contact in the address book, the information can include the name, phone number, work address and e-mail

US 8,699,999 B2

5

address of the contact, among other information. In some embodiments, the address book may be a separate software application.

The software applications can further include a device state module **140**, a Personal Information Manager (PIM) **142**, and other suitable modules (not shown). The device state module **140** provides persistence, i.e. the device state module **140** ensures that important device data is stored in persistent memory, such as the flash memory **108**, so that the data is not lost when the mobile device **100** is turned off or loses power.

The PIM **142** includes functionality for organizing and managing data items of interest to the user, such as, but not limited to, e-mail, calendar events, voice mails, appointments, and task items. A PIM application has the ability to send and receive data items via the wireless network **200**. PIM data items may be seamlessly integrated, synchronized, and updated via the wireless network **200** with the mobile device subscriber's corresponding data items stored and/or associated with a host computer system. This functionality creates a mirrored host computer on the mobile device **100** with respect to such items. This can be particularly advantageous when the host computer system is the mobile device subscriber's office computer system.

Other types of software applications can also be installed on the mobile device **100**. These software applications can be third party applications which are added after the manufacture of the mobile device **100**. Examples of third party applications may be games, calculators, or other utilities. Unfortunately, if these applications have a malicious intent, the non-secure operating system **134** cannot properly limit or prevent the operation of these malicious applications without additional support.

Advantageously, the mobile device **100** can operate with a set of applications that provide security features including a connect module **144**, an integration module **146** and a security management module **148**. These modules can be installed after the manufacture of the mobile device **100** to provide extra functionality for the mobile device **100**. These modules can also provide security features for the mobile device **100** to mitigate the security and management shortcomings of the non-secure operating system **134**.

The connect module **144** implements the communication protocols that are required for the mobile device **100** to communicate with the wireless infrastructure and any host system, such as an enterprise system, that the mobile device **100** is authorized to interface with. Examples of a wireless infrastructure and an enterprise system are given in FIGS. **3** and **4**, which are described in more detail below. The connect module **144** includes a set of APIs that can be integrated with the mobile device **100** to allow the mobile device **100** to use any number of services associated with the enterprise system. The connect module **144** allows the mobile device **100** to establish an end-to-end secure, authenticated communication pipe with the host system. A subset of applications for which access is provided by the connect module **144** can be used to pass IT policy commands from the host system to the mobile device **100**. These instructions can then be passed to the security management module **148** to modify the security and management features of the device **100**. Alternatively, in some cases, the IT policy update can also be done over a wired connection.

The integration module **146** is an interface between the APIs that can be provided by the connect module **144** and the host environment of the mobile device **100** which includes the operating system **134**, any applications **136**, network services, etc. Accordingly, the integration module **146** includes several sub-modules (not shown) that integrate the APIs pro-

6

vided by the connect module **144** with host environment APIs including APIs of the operating system **134**, APIs of the applications **136** that are executed by the mobile device **100** (i.e. the message application **138**), APIs associated with the communication subsystem **104** and the like. When the connect and integration modules **144** and **146** are installed on the mobile device **100**, the integration module **146** begins carrying out tasks to provide services to the mobile device **100** via the APIs of the connect module **144**.

The integration module **146** does not make any changes to the device environment per se, but augments the behavior of the device environment and the applications **136** by interfacing with the corresponding APIs. In this fashion, the integration module **146** in combination with the security management module **148** can affect the security capabilities of the non-secure operating system **134**. The security management module **148** can provide several security features including at least one of application execution control, API access control, user authentication, device data removal, application feature-specific control, and the like. The security management module **148** is described in more detail below.

The additional applications can be loaded onto the mobile device **100** through at least one of the wireless network **200**, the auxiliary I/O subsystem **112**, the data port **114**, the short-range communications subsystem **122**, or any other suitable device subsystem **124**. This flexibility in application installation increases the functionality of the mobile device **100** and may provide enhanced on-device functions, communication-related functions, or both. For example, secure communication applications may enable electronic commerce functions and other such financial transactions to be performed using the mobile device **100**.

The data port **114** enables a subscriber to set preferences through an external device or software application and extends the capabilities of the mobile device **100** by providing for information or software downloads to the mobile device **100** other than through a wireless communication network. The alternate download path may, for example, be used to load an encryption key onto the mobile device **100** through a direct and thus reliable and trusted connection to provide secure device communication.

The data port **114** can be any suitable port that enables data communication between the mobile device **100** and another computing device. The data port **114** can be a serial or a parallel port. In some instances, the data port **114** can be a USB port that includes data lines for data transfer and a supply line that can provide a charging current to charge the battery **130** of the mobile device **100**.

The short-range communications subsystem **122** provides for communication between the mobile device **100** and different systems or devices, without the use of the wireless network **200**. For example, the subsystem **122** may include an infrared device and associated circuits and components for short-range communication. Examples of short-range communication standards include standards developed by the Infrared Data Association (IrDA), Bluetooth, and the 802.11 family of standards developed by IEEE.

In use, a received signal such as a text message, an e-mail message, or web page download will be processed by the communication subsystem **104** and input to the main processor **102**. The main processor **102** will then process the received signal for output to the display **110** or alternatively to the auxiliary I/O subsystem **112**. A subscriber may also compose data items, such as e-mail messages, for example, using the keyboard **116** in conjunction with the display **110** and possibly the auxiliary I/O subsystem **112**. The auxiliary subsystem **112** may include devices such as: a touch screen,

US 8,699,999 B2

7

mouse, track ball, infrared fingerprint detector, or a roller wheel with dynamic button pressing capability. The keyboard **116** is preferably an alphanumeric keyboard and/or telephone-type keypad. However, other types of keyboards may also be used. A composed item may be transmitted over the wireless network **200** through the communication subsystem **104**.

For voice communications, the overall operation of the mobile device **100** is substantially similar, except that the received signals are output to the speaker **118**, and signals for transmission are generated by the microphone **120**. Alternative voice or audio I/O subsystems, such as a voice message recording subsystem, can also be implemented on the mobile device **100**. Although voice or audio signal output is accomplished primarily through the speaker **118**, the display **110** can also be used to provide additional information such as the identity of a calling party, duration of a voice call, or other voice call related information.

Referring now to FIG. **2**, an exemplary block diagram of the communication subsystem component **104** is shown. The communication subsystem **104** includes a receiver **150**, a transmitter **152**, as well as associated components such as one or more embedded or internal antenna elements **154** and **156**, Local Oscillators (LOs) **158**, and a processing module such as a Digital Signal Processor (DSP) **160**. The particular design of the communication subsystem **104** is dependent upon the communication network **200** with which the mobile device **100** is intended to operate. Thus, it should be understood that the design illustrated in FIG. **2** serves only as one example.

Signals received by the antenna **154** through the wireless network **200** are input to the receiver **150**, which may perform such common receiver functions as signal amplification, frequency down conversion, filtering, channel selection, and analog-to-digital (ND) conversion. A/D conversion of a received signal allows more complex communication functions such as demodulation and decoding to be performed in the DSP **160**. In a similar manner, signals to be transmitted are processed, including modulation and encoding, by the DSP **160**. These DSP-processed signals are input to the transmitter **152** for digital-to-analog (D/A) conversion, frequency up conversion, filtering, amplification and transmission over the wireless network **200** via the antenna **156**. The DSP **160** not only processes communication signals, but also provides for receiver and transmitter control. For example, the gains applied to communication signals in the receiver **150** and the transmitter **152** may be adaptively controlled through automatic gain control algorithms implemented in the DSP **160**.

The wireless link between the mobile device **100** and the wireless network **200** can contain one or more different channels, typically different RF channels, and associated protocols used between the mobile device **100** and the wireless network **200**. An RF channel is a limited resource that must be conserved, typically due to limits in overall bandwidth and limited battery power of the mobile device **100**.

When the mobile device **100** is fully operational, the transmitter **152** is typically keyed or turned on only when it is transmitting to the wireless network **200** and is otherwise turned off to conserve resources. Similarly, the receiver **150** is periodically turned off to conserve power until it is needed to receive signals or information (if at all) during designated time periods.

Referring now to FIG. **3**, a block diagram of an exemplary implementation of a node **202** of the wireless network **200** is shown. In practice, the wireless network **200** comprises one or more nodes **202**. In conjunction with the connect module **144**, the mobile device **100** can communicate with the node **202** within the wireless network **200**. In the exemplary imple-

8

mentation of FIG. **3**, the node **202** is configured in accordance with General Packet Radio Service (GPRS) and Global Systems for Mobile (GSM) technologies. The node **202** includes a base station controller (BSC) **204** with an associated tower station **206**, a Packet Control Unit (PCU) **208** added for GPRS support in GSM, a Mobile Switching Center (MSC) **210**, a Home Location Register (HLR) **212**, a Visitor Location Registry (VLR) **214**, a Serving GPRS Support Node (SGSN) **216**, a Gateway GPRS Support Node (GGSN) **218**, and a Dynamic Host Configuration Protocol (DHCP) **220**. This list of components is not meant to be an exhaustive list of the components of every node **202** within a GSM/GPRS network, but rather a list of components that are commonly used in communications through the network **200**.

In a GSM network, the MSC **210** is coupled to the BSC **204** and to a landline network, such as a Public Switched Telephone Network (PSTN) **222** to satisfy circuit switched requirements. The connection through the PCU **208**, the SGSN **216** and the GGSN **218** to a public or private network (Internet) **224** (also referred to herein generally as a shared network infrastructure) represents the data path for GPRS capable mobile devices. In a GSM network extended with GPRS capabilities, the BSC **204** also contains the Packet Control Unit (PCU) **208** that connects to the SGSN **216** to control segmentation, radio channel allocation and to satisfy packet switched requirements. To track the location of the mobile device **100** and availability for both circuit switched and packet switched management, the HLR **212** is shared between the MSC **210** and the SGSN **216**. Access to the VLR **214** is controlled by the MSC **210**.

The station **206** is a fixed transceiver station and together with the BSC **204** form fixed transceiver equipment. The fixed transceiver equipment provides wireless network coverage for a particular coverage area commonly referred to as a "cell". The fixed transceiver equipment transmits communication signals to and receives communication signals from mobile devices within its cell via the station **206**. The fixed transceiver equipment normally performs such functions as modulation and possibly encoding and/or encryption of signals to be transmitted to the mobile device **100** in accordance with particular, usually predetermined, communication protocols and parameters, under control of its controller. The fixed transceiver equipment similarly demodulates and possibly decodes and decrypts, if necessary, any communication signals received from the mobile device **100** within its cell. Communication protocols and parameters may vary between different nodes. For example, one node may employ a different modulation scheme and operate at different frequencies than other nodes.

For all mobile devices **100** registered with a specific network, permanent configuration data such as a user profile is stored in the HLR **212**. The HLR **212** also contains location information for each registered mobile device and can be queried to determine the current location of a mobile device. The MSC **210** is responsible for a group of location areas and stores the data of the mobile devices currently in its area of responsibility in the VLR **214**. Further, the VLR **214** also contains information on mobile devices that are visiting other networks. The information in the VLR **214** includes part of the permanent mobile device data transmitted from the HLR **212** to the VLR **214** for faster access. By moving additional information from a remote HLR **212** node to the VLR **214**, the amount of traffic between these nodes can be reduced so that voice and data services can be provided with faster response times and at the same time requiring less use of computing resources.

US 8,699,999 B2

9

The SGSN **216** and the GGSN **218** are elements added for GPRS support; namely packet switched data support, within GSM. The SGSN **216** and the MSC **210** have similar responsibilities within the wireless network **200** by keeping track of the location of each mobile device **100**. The SGSN **216** also performs security functions and access control for data traffic on the wireless network **200**. The GGSN **218** provides internetworking connections with external packet switched networks and connects to one or more SGSN's **216** via an Internet Protocol (IP) backbone network operated within the network **200**. During normal operations, a given mobile device **100** must perform a "GPRS Attach" to acquire an IP address and to access data services. This requirement is not present in circuit switched voice channels as Integrated Services Digital Network (ISDN) addresses are used for routing incoming and outgoing calls. Currently, all GPRS capable networks use private, dynamically assigned IP addresses, thus requiring the DHCP server **220** connected to the GGSN **218**. There are many mechanisms for dynamic IP assignment, including using a combination of a Remote Authentication Dial-In User Service (RADIUS) server and DHCP server. Once the GPRS Attach is complete, a logical connection is established from a mobile device **100**, through the PCU **208**, and the SGSN **216** to an Access Point Node (APN) within the GGSN **218**. The APN represents a logical end of an IP tunnel that can either access direct Internet compatible services or private network connections. The APN also represents a security mechanism for the network **200**, insofar as each mobile device **100** must be assigned to one or more APNs and mobile devices **100** cannot exchange data without first performing a GPRS Attach to an APN that it has been authorized to use. The APN may be considered to be similar to an Internet domain name such as "myconnection.wireless.com".

Once the GPRS Attach operation is complete, a tunnel is created and all traffic is exchanged within standard IP packets using any protocol that can be supported in IP packets. This includes tunneling methods such as IP over IP as in the case with some IPSecurity (IPsec) connections used with Virtual Private Networks (VPN). These tunnels are also referred to as Packet Data Protocol (PDP) Contexts and there are a limited number of these available in the network **200**. To maximize use of the PDP Contexts, the network **200** will run an idle timer for each PDP Context to determine if there is a lack of activity. When a mobile device **100** is not using its PDP Context, the PDP Context can be de-allocated and the IP address returned to the IP address pool managed by the DHCP server **220**.

Referring now to FIG. **4**, shown therein is a block diagram illustrating components of an exemplary configuration of a host system **250** that the mobile device **100** can communicate with in conjunction with the connect module **144**. The host system **250** will typically be a corporate enterprise or other local area network (LAN), but may also be a home office computer or some other private system, for example, in variant implementations. In this example shown in FIG. **4**, the host system **250** is depicted as a LAN of an organization to which a user of the mobile device **100** belongs. Typically, a plurality of mobile devices can communicate wirelessly with the host system **250** through one or more nodes **202** of the wireless network **200**.

The host system **250** comprises a number of network components connected to each other by a network **260**. For instance, a user's desktop computer **262a** with an accompanying cradle **264** for the user's mobile device **100** is situated on a LAN connection. The cradle **264** for the mobile device **100** can be coupled to the computer **262a** by a serial or a Universal Serial Bus (USB) connection, for example. Other

10

user computers **262b** are also situated on the network **260**, and each may or may not be equipped with an accompanying cradle **264**. The cradle **264** facilitates the loading of information (e.g. PIM data, private symmetric encryption keys to facilitate secure communications between the mobile device **100** and the host system **250**, etc) from the user computer **262a** to the mobile device **100**, and may be particularly useful for bulk information updates often performed in initializing the mobile device **100** for use. The information downloaded to the mobile device **100** may include certificates used in the exchange of messages.

It will be understood by persons skilled in the art that the user computers **262a-262n** will typically also be connected to other peripheral devices, such as printers, etc. which are not explicitly shown in FIG. **4**. Furthermore, only a subset of network components of the host system **250** are shown in FIG. **4** for ease of exposition, and it will be understood by persons skilled in the art that the host system **250** will comprise additional components that are not explicitly shown in FIG. **4** for this exemplary configuration. More generally, the host system **250** may represent a smaller part of a larger network (not shown) of the organization, and may comprise different components and/or be arranged in different topologies than that shown in the exemplary embodiment of FIG. **4**.

To facilitate the wireless communication of messages and message-related data between the mobile device **100** and components of the host system **250**, a number of wireless communication support components **270** may be provided. In some implementations, the wireless communication support components **270** can include a message management server **272**, a mobile data server **274**, a contact server **276**, an IT policy module **278**, and the like.

In this exemplary embodiment, the mobile device **100** communicates with the host system **250** through node **202** of the wireless network **200** and a shared network infrastructure **224** such as a service provider network or the public Internet. Access to the host system **250** may be provided through one or more routers (not shown), and computing devices of the host system **250** may operate from behind a firewall or proxy server **266**. The proxy server **266** provides a secure node and a wireless internet gateway for the host system **250**. The proxy server **266** intelligently routes data to the correct destination server within the host system **250**.

In some implementations, the host system **250** can include a wireless VPN router (not shown) to facilitate data exchange between the host system **250** and the mobile device **100**. The wireless VPN router allows a VPN connection to be established directly through a specific wireless network to the mobile device **100**. The wireless VPN router can be used with the Internet Protocol (IP) Version 6 (IPV6) and IP-based wireless networks. This protocol can provide enough IP addresses so that each mobile device has a dedicated IP address, making it possible to push information to a mobile device at any time. An advantage of using a wireless VPN router is that it can be an off-the-shelf VPN component, and does not require a separate wireless gateway and separate wireless infrastructure. A VPN connection can preferably be a Transmission Control Protocol (TCP)/IP or User Datagram Protocol (UDP)/IP connection for delivering the messages directly to the mobile device **100** in this alternative implementation.

Messages intended for a user of the mobile device **100** are initially received by a message server **268** of the host system **250**. Such messages may originate from any number of sources. For instance, a message may have been sent by a sender from the computer **262b** within the host system **250**, from a different mobile device (not shown) connected to the

US 8,699,999 B2

**11**

wireless network **200** or a different wireless network, or from a different computing device, or other device capable of sending messages, via the shared network infrastructure **224**, possibly through an application service provider (ASP) or Internet service provider (ISP), for example.

The message server **268** typically acts as the primary interface for the exchange of messages, particularly e-mail messages, within the organization and over the shared network infrastructure **224**. Each user in the organization that has been set up to send and receive messages is typically associated with a user account managed by the message server **268**. Some exemplary implementations of the message server **268** include a Microsoft Exchange™ server, a Lotus Domino™ server, a Novell Groupwise™ server, or another suitable mail server installed in a corporate environment. In some implementations, the host system **250** may comprise multiple message servers **268**. The message server **268** may also be adapted to provide additional functions beyond message management, including the management of data associated with calendars and task lists, for example.

When messages are received by the message server **268**, they are typically stored in a data store associated with the message server **268**. In some embodiments, the data store may be a separate hardware unit (not shown) that the message server **268** communicates with. Messages can be subsequently retrieved and delivered to users by accessing the message server **268**. For instance, an e-mail client application operating on a user's computer **262***a* may request the e-mail messages associated with that user's account stored on the data store associated with the message server **268**. These messages are then retrieved from the data store and stored locally on the computer **262***a*. The data store associated with the message server **268** can store copies of each message that is locally stored on the mobile device **100**. Alternatively, the data store associated with the message server **268** can store all of the messages for the user of the mobile device **100** and only a smaller number of messages can be stored on the mobile device **100** to conserve memory. For instance, the most recent messages (i.e. those received in the past two to three months for example) can be stored on the mobile device **100**.

When operating the mobile device **100**, the user may wish to have e-mail messages retrieved for delivery to the mobile device **100**. The message application **138** operating on the mobile device **100** may also request messages associated with the user's account from the message server **268**. The message application **138** may be configured (either by the user or by an administrator, possibly in accordance with an organization's information technology (IT) policy) to make this request at the direction of the user, at some pre-defined time interval, or upon the occurrence of some pre-defined event. In some implementations, the mobile device **100** is assigned its own e-mail address, and messages addressed specifically to the mobile device **100** are automatically redirected to the mobile device **100** as they are received by the message server **268**.

The message management server **272** can be used to specifically provide support for the management of messages, such as e-mail messages, that are to be handled by mobile devices. Generally, while messages are still stored on the message server **268**, the message management server **272** can be used to control when, if, and how messages are sent to the mobile device **100**. The message management server **272** also facilitates the handling of messages composed on the mobile device **100**, which are sent to the message server **268** for subsequent delivery.

For example, the message management server **272** may monitor the user's "mailbox" (e.g. the message store associated with the user's account on the message server **268**) for

**12**

new e-mail messages, and apply user-definable filters to new messages to determine if and how the messages are relayed to the user's mobile device **100**. The message management server **272** may also compress and encrypt new messages (e.g. using an encryption technique such as Data Encryption Standard (DES) or Triple DES) and push them to the mobile device **100** via the shared network infrastructure **224** and the wireless network **200**. The message management server **272** may also receive messages composed on the mobile device **100** (e.g. encrypted using Triple DES), decrypt and decompress the composed messages, re-format the composed messages if desired so that they will appear to have originated from the user's computer **262***a*, and re-route the composed messages to the message server **268** for delivery.

Certain properties or restrictions associated with messages that are to be sent from and/or received by the mobile device **100** can be defined (e.g. by an administrator in accordance with IT policy) and enforced by the message management server **272**. These may include whether the mobile device **100** may receive encrypted and/or signed messages, minimum encryption key sizes, whether outgoing messages must be encrypted and/or signed, and whether copies of all secure messages sent from the mobile device **100** are to be sent to a pre-defined copy address, for example.

The message management server **272** may also be adapted to provide other control functions, such as only pushing certain message information or pre-defined portions (e.g. "blocks") of a message stored on the message server **268** to the mobile device **100**. For example, in some cases, when a message is initially retrieved by the mobile device **100** from the message server **268**, the message management server **272** may push only the first part of a message to the mobile device **100**, with the part being of a pre-defined size (e.g. 2 KB). The user can then request that more of the message be delivered in similar-sized blocks by the message management server **272** to the mobile device **100**, possibly up to a maximum pre-defined message size. Accordingly, the message management server **272** facilitates better control over the type of data and the amount of data that is communicated to the mobile device **100**, and can help to minimize potential waste of bandwidth or other resources.

The mobile data server **274** encompasses any other server that stores information that is relevant to the corporation. The mobile data server **274** may include, but is not limited to, databases, online data document repositories, customer relationship management (CRM) systems, or enterprise resource planning (ERP) applications.

The contact server **276** can provide information for a list of contacts for the user in a similar fashion as the address book on the mobile device **100**. Accordingly, for a given contact, the contact server **276** can include the name, phone number, work address and e-mail address of the contact, among other information. The contact server **276** can also provide a global address list that contains the contact information for all of the contacts associated with the host system **250**.

It will be understood by persons skilled in the art that the message management server **272**, the mobile data server **274**, the contact server **276** and the IT policy module **278** need not be implemented on separate physical servers within the host system **250**. For example, some or all of the functions associated with the message management server **272** may be integrated with the message server **268**, or some other server in the host system **250**. Furthermore, the host system **250** may comprise multiple message management servers **272**, particularly in variant implementations where a large number of mobile devices need to be supported. Furthermore, in some

US 8,699,999 B2

**13**

embodiments, the functionality of the IT policy module **278** can be provided by an IT policy server (not shown).

Referring now to FIG. **5**, shown therein is an exemplary embodiment of a non-secure operating system **300** and several applications **302**, **304**, and **306** that may be executed on the mobile device **100**. The operating system **300** includes a task manager **308** and at least one sensitive API **310** that is exposed. The term "exposed" means that the API **310** may provide access to sensitive information through corresponding functions and is freely accessible by any application that is executed by the operating system **300**. The API **310** may also invoke sensitive processing, or any other functionality that can be considered detrimental to any enterprise system that the device **100** interfaces with, the user, or the user's data. For instance, examples of sensitive APIs include the PIM **142** and the message application **138**. The PIM **142** allows a developer to access a user's PIM data which may be a security risk to the end user. The message application **138** allows a developer to send SMS messages which is a potential risk to the network operator and the end user. The operating system **300** will typically have other APIs and only a few sensitive APIs are shown for simplicity.

The OS Task manager **308** is responsible for the applications that are currently being executed by the operating system **300** and includes information for these applications. The OS Task manager **308** controls and schedules the execution of the applications **302**, **304** and **306** and can also be used to terminate the execution of any application currently executing.

The application **302** is an example of an acceptable or normal application that includes a sensitive API **312** that provides functions which can access sensitive data or perform sensitive operations and is freely accessible by any application that is executed by the operating system **300** without the additional control provided by the security management module **148**. The application **304** is also an example of a normal application and the application **306** is an example of a rogue or malicious application. In this example, any application, regardless of whether or not it contains malicious code is allowed to be executed by the operating system **300** and may freely access the application API **312** or the operation system API **310** without the additional control provided by the security management module **148**. Furthermore, any application that is loaded onto the mobile device **100** is permitted to run which may not be acceptable if the application contains malicious code.

In acceptable scenarios, the application **304** may call a sensitive function or read data that is exposed by the API **312** of application **302** or by the API **310** of the operating system **300**. In both of these cases, the operation of the application **304** is acceptable since the functions accessed, or the data read, by the application **304** are used for legitimate purposes.

In unacceptable scenarios, the application **306** may call a sensitive function or read data that is exposed by the API **312** of application **302** or by the API **310** of the operating system **300**. In both of these cases, the operation of the application **306** is unacceptable since the functions accessed, or the data read, by the application **306** may be used for malicious purposes.

Referring now to FIG. **6**, shown therein is an exemplary block diagram of the operating system **134** that operates under the security and management policies provided by the security management module **148**.

These policies can be initialized upon the first installation of the security management module **148** and later updated by an IT administrator, for example, through a wired connection in some embodiments, through a wireless connection in some

**14**

embodiments and by either a wired or wireless connection in some embodiments. The operating system **134** also includes the task manager **308** and the API **310** as well as other typical components that are necessary for operation. These components include compilers, utilities for managing computer resources, and the like, as is commonly known by those skilled in the art (these components are not shown to simplify the description).

The security management module **148** includes access information that specifies whether applications can access (i.e. make a function call) a sensitive function in an API. The security management module **148**, via the integration module **146**, implements a security access protocol such that when functions are called from a sensitive API, either the API or the OS task manager **308** checks with the security management module **148**, which in turn checks the access information, to determine if the calling application has been granted access to call that particular function. If access has been granted, then program execution continues to function as it normally would. If access has not been granted, then the security management module **148** will return an error to the calling application. In some embodiments there can be global use of functions in a certain API and in some embodiments use can be permitted depending on the particular calling application. These scenarios are discussed further below.

The access information can be encoded in the security management module **148** and implemented when the module **148** is first installed on the mobile device **100**. Installation on the mobile device **100** may occur when the mobile device **100** is manufactured and the access information may then be regularly updated in the future via the connect module **144** by an IT administrator associated with the device **100**. In some embodiments, the access information may be stored in a separate file that can be accessed by the security management module **148**. Further, in some embodiments, the access information can be encrypted and a private key can be required, for example, to access the security management module **148** and the access information to prevent a third party from violating and modifying the access information. Depending on the implementation, the access information may simply specify a Boolean value for each possible calling application, or may list a number of acceptable applications that may access a sensitive or controlled function provided by an API. In some cases, the calling application may bare a digital signature that identifies it as being authorized to access a particular API function. In this case, the access can be conditional depending on whether the digital signature information matches corresponding information stored in the access information. Accordingly, the security management module **148** can gate access to the API based on the identity of the calling application. In some embodiments, the access information may specify additional conditions of access such as the identity of the user of the mobile device **100**.

In use, for the example shown in FIG. **6**, the sensitive APIs **310** and **312** will check with the security management module **148** to determine if the calling application is allowed to make a function call. The application **304** will be allowed to make the function call since the access information will indicate that the application **304** can access sensitive APIs. However, the malicious application **306** will not be allowed to make functions calls to functions in either the API **310** or the API **312** since the access information will not list the application **306** as an application that is allowed to make such function calls.

In some embodiments, the security management module **148** also includes execution information on whether an application is allowed to be executed by the operating system **134**.

**15**

Applications can be identified by a unique ID in the execution information and if the execution information indicates that an application is allowed to run, then the OS task manager **308** will execute the application. Conversely, if the execution information does not indicate that an application is allowed to run, then the OS task manager **308** will not execute the application since the application may be a rogue application.

The execution information can be encoded in the security management module **148** and applied to the device **100** when the security management module **148** is first installed. The execution information can then be regularly updated in the future by an IT administrator associated with the device **100** in the same fashion as the access information. The execution information may be coded in a separate file that is accessed by the security management module **148**. The execution information may simply contain the ID of each application that is allowed to run or may have a Boolean value associated with a list of applications that indicate which applications are allowed to execute. Alternatively, the application may bare a digital signature that matches corresponding information in the execution information that identifies it as being authorized to execute. The execution information is preferably encrypted so that malicious users cannot access and/or modify the execution information. In some embodiments, the security management module **148** can also remove an application on the device **100** that is not an approved application as indicated by the execution information. In some embodiments, the security management module **148** can prevent installation of non-approved applications.

In use, an application first registers with the OS task manager **308** prior to execution. The OS task manager **308** then checks with the security management module **148** to determine if the application is an "allowable" application (i.e. allowed to execute). In the example shown in FIG. **6**, the applications **302** and **304** can be executed by the operating system **134**. However, the malicious application **306** will not be executed by the operating system **134** since the execution information will not list the application **306** as an application that is allowed to execute.

As another example illustrating the operation of the mobile device **100**, prior to use, or during a later update, an administrator may specify that the application **304** may access one or more functions of the API **310** of the operating system **134** but no functions of API **312** of the application **302**. Accordingly, during operation when the application **304** accesses the API **310**, the API **310** checks with the security management module **148** to determine if the application **304** has access to the particular function that it is requesting which depends on the settings in the access information. For some functions, the application **304** may be granted access while for others the application **304** may not be granted access. In this case, when the application **304** accesses the API **312**, the API **312** checks with the security management module **148** and determines that the application **304** does not have access to any of the functions of the API **312**. The API **312** then sends an error message to the function **304**.

With regards to the application **306**, access to sensitive API functions is not a concern because this application **306** is not given permission to run by the security management module **148**. However, in embodiments in which the security management module **148** does not block the execution of applications, the application **306** is not listed as having access to any sensitive API functions in the access information associated with the security management module **148**. In this sense, the security management module **148** can provide two layers of security to prevent unauthorized access of sensitive or controlled API functions by applications that may contain

**16**

malicious code. Accordingly, some embodiments may have either API access control or application control in absence of the other while other embodiments may have both layers of security.

Referring now to FIG. **7**, shown therein is a flowchart of an exemplary embodiment of a controlled API access process **320** that may be implemented by the security management module **148**. The process **320** begins at step **322** at which point an API function is called and the process **320** determines whether the called API function is a "controlled" (i.e. sensitive) API function. If not, then at step **324**, the API function call is executed. If access to the called API function is being controlled, then the process **320** moves to step **326** in which the application being called checks with the security management module **148** to determine if any application has access to the controlled API function being called (i.e. whether general usage is authorized). If not, then the called API or the security management module **148** returns an error value to the calling application that indicates failure due to the controlled API function being unauthorized for usage. If the controlled API function is authorized for usage, then the process **320** moves to step **330** in which the function call to the controlled API function is executed. This is an example of general security access to the controlled API function since the security management module **148** does not check on the identity of the calling application but rather whether the controlled API function is authorized for general or "global" usage.

Referring now to FIG. **8**, shown therein is a flowchart of another exemplary embodiment of a controlled API access process **340** that may be implemented by the security management module **148**. The process **340** begins at step **342** at which point an API function is called and the process **340** determines whether the called API function is a "controlled" (i.e. sensitive) API function. If not, the process **340** moves to step **344** in which the API function call is executed. Alternatively, if the called API function is controlled, the process **340** moves to step **346** in which the function being called checks with the security management module **148** to determine if the particular calling application has access to the controlled API function. If not, in step **348**, the security management module **148** returns an error value that indicates failure due to the controlled API function being unauthorized for usage by the calling application. Alternatively, if the controlled API function is authorized for usage by this particular calling application, then the process **340** moves to step **350** in which the function call to the controlled API function is executed. This is an example of "per application" security access to the controlled API function since the security management module **148** checks the identity of the calling application to determine if it has access to the controlled API function being called.

In some embodiments, access to certain API functions may be allowed for only certain users of the device **100**. For instance, some users of the device **100** may have privileges over general users and may require access to the sensitive APIs to change certain features or data associated with these devices that are generally used in a given corporate environment.

In this case, the security management module **144** can be updated to provide access to these privileged users, based on a user ID for instance, whereas general users are not given such access.

In some embodiments, the security management module **148** can be used to improve the user authentication features provided by the non-secure operating system **134**. For instance, some devices may have an operating system with a built-in user authentication module, but the features of this

US 8,699,999 B2

**17**

module may not meet the stringent requirements of the security policies of a given corporation. For instance, there may not be enough control that is offered for certain authentication requirements such as, for example, password length, password form, timeout length for entering a password, change time, and the like. In these situations, the security management module **148** can provide user authentication with adequate security. An IT administrator may then use the security management module **148** to override the built-in authentication module of the operating system **134**. A more sophisticated user authentication scheme is then implemented by the security management module **148**. The more sophisticated scheme may add user authentication features that are not supported by the built-in authentication scheme. Examples of such features may include additional restrictions on: minimum password length, inactivity time-out before device lock out, how often a user password must be changed, and composition of the user password. This allows an IT administrator to have much greater control over user authentication for a mobile device having a non-secure operating system.

In some embodiments, the security management module **148** can implement a "Device Wipe" function. An important management/security feature for IT administrators is to be able to remotely wipe sensitive data from a mobile device should the device be lost. In this case, the user of the device notifies the IT administrator who then sends a "WIPE" command to the security management module **148** which then deletes any user and corporate sensitive information on the device. The security management module **148** can then delete the portions of the RAM **106** and flash memory **108** that contain the sensitive information.

In some embodiments, the security management module **148** can also provide application feature-specific security. For example, the security management module **148** can support an enable/disable BCC IT Policy. Basically, some financial and government organizations do not allow employees to Blind Carbon Copy recipients when sending e-mail messages for various audit and regulatory reasons. With the security management module **148**, the IT Administrator can disable the BCC feature for the message application **138**. In this example, the security management module **148** receives a "Disable BCC" command from an IT administrator and interacts with the message application **138** via an appropriate API to remove the BCC field from the e-mail user interface.

Many applications expose APIs that can fundamentally affect the behavior and features of an application. As a result of a particular IT policy command from the security management module **148**, a particular application's behavior can be manipulated via its APIs to achieve the desired security result. Disabling the BCC field for the message application **138** is one example. Other examples can include preventing users from dialing certain numbers or viewing certain web pages with a web browser on the mobile device **100**, etc. Application-specific feature control can be defined at the time of the design and build of the security management module **148** (i.e. during the design phase, one can define which features an IT administrator can be able to control, and the code to be used with the appropriate application API to implement the control of those features).

The connect module **144** allows the IT administrator to remotely update the security settings implemented by the security management module. In some embodiments, this can be done by the IT administrator via the IT policy module **278**. Prior to installation of the modules **144-148**, the IT administrator can decide which applications are allowed to execute on the mobile device **100** and which applications, or even users

**18**

for that matter, are allowed to access certain functions for sensitive APIs. The IT administrator can maintain this security in a central location and can revisit the security issues for a given mobile device **100** at any time in the future. For instance, the IT administrator can routinely review applications that are made by a third party, and if they are not malicious, update the security settings used by the security management module **148**. In some embodiments, when an application that is not listed in the control or access information is trying to execute or access a function of a sensitive API, respectively, the security management module **148**, via the connect module **144**, can contact the IT administrator to determine if the application such be given such execution or access privileges.

The embodiments described herein address mobile devices with operating systems that do not provide a sufficient security framework to provide security features such as at least one of conditional access to sensitive APIs, conditional execution of applications on the mobile device, user authentication, and the like. In some cases, the embodiments described herein can provide an IT administrator, or another suitable person, with security control in operating system environments for which no such controls exist.

In one aspect, at least one embodiment described herein provides a computer program product for providing security features for a mobile device having a non-secure operating system, the computer program product comprising a computer readable medium embodying program code means executable by a processor of the mobile device for carrying out a method for implementing the security features, wherein the program code means comprises:

a) a security management module for providing the security features to the non-secure operating system of the mobile device;

b) a connect module for remotely updating the security features provided by the security management module; and,

c) an integration module for interfacing the connect module and the security management module with the non-secure operating system.

In some cases, the method includes providing access information to the security management module, and when a given application being executed on the mobile device makes a function call to an application program interface that provides access to a sensitive function, the method further includes allowing execution of the function call to the sensitive function when the access information indicates that function calls to the sensitive function are allowed, otherwise not allowing execution of the function call to the sensitive function.

In some cases, the method further includes checking the access information to determine if the given application calling the sensitive function is allowed to access the sensitive function.

In some cases, the method further includes providing execution information to the security management module, and prior to execution of a given application by the non-secure operating system, the method further includes checking the execution information and allowing execution of the given application if the given application is indicated as an allowable application in the execution information, otherwise not allowing execution of the given application.

In some cases, the method further includes contacting an administrator if security information is not provided for the given application.

In some cases, the method further includes overriding user authentication features provided by the non-secure operating system with user authentication features provided by the security management module.

**19**

**20**

In some cases, the method further includes using the security management module to provide application feature-specific security.

In another aspect, at least one embodiment described herein provides a method for providing security features for a mobile device having a non-secure operating system, wherein the method comprises:

a) providing a security management module with one or more security features;

b) providing a connect module for remotely updating the one or more security features; and,

c) interfacing the connect module and the security management module with the non-secure operating system.

In some cases, the method further includes providing access information, and when a given application being executed on the mobile device makes a function call to an application program interface that provides access to a sensitive function, the method further includes allowing execution of the function call to the sensitive function when the access information indicates that function calls to the sensitive function are allowed, otherwise not allowing execution of the function call to the sensitive function.

In some cases, the method further includes checking the access information to determine if the given application calling the sensitive function is allowed to access the sensitive function.

In some cases, the method further includes providing execution information, and prior to execution of a given application by the non-secure operating system, the method further includes checking the execution information and allowing execution of the given application if the given application is indicated as an allowable application in the execution information, otherwise not allowing execution of the given application.

In some cases, the method further includes contacting an administrator if security information is not provided for the given application.

In some cases, the method further includes overriding user authentication features provided by the non-secure operating system with user authentication features provided by the security management module.

In some cases, the method further includes using the security management module to provide application feature-specific security.

In another aspect, at least one embodiment described herein provides a mobile communications device having a non-secure operating system. The mobile communications device comprises: a main processor that controls the operation of the mobile communications device; a communication subsystem connected to the main processor, the communication subsystem sends and receives data; at least one application for allowing a user to perform a function on the mobile communications device; at least one application program interface that provides access to a sensitive function; and, a set of applications for providing security features for the non-secure operating system. The set of applications including: a security management module for providing security features to the non-secure operating system of the mobile device; a connect module for remotely updating the security features provided by the security management module; and, an integration module for interfacing the connect module and the security management module with the non-secure operating system.

In some cases, the mobile device further includes access information, and when a given application being executed on the mobile device makes a function call to the at least one application program interface that provides access to a sen-

sitive function, the security management module allows execution of the function call to the sensitive function when the access information indicates that function calls to the sensitive function are allowed, otherwise the security management module does not allow execution of the function call to the sensitive function.

In some cases, the security management module checks the access information to determine if the given application calling the sensitive function is allowed to access the sensitive function.

In some cases, the mobile communications device further includes execution information, and prior to execution of a given application by the non-secure operating system, the security management module checks the execution information and allows execution of the given application if the given application is indicated as an allowable application in the execution information, otherwise the security management module does not allow execution of the given application.

In some cases, the security management module is adapted to override user authentication features provided by the non-secure operating system with user authentication features provided by the security management module.

In some cases, the security management module provides application feature-specific security.

It should be understood that various modifications can be made to the embodiments described and illustrated herein, without departing from the embodiments described herein, the scope of which is defined in the appended claims.

The invention claimed is:

**1**. A method for providing security features for a mobile device, wherein the method comprises:

providing a security management module with one or more security features;

providing a connect module for updating the one or more security features;

interfacing the connect module and the security management module with an operating system of the mobile device, by integrating application programming interfaces of the connect module with host environment application programming interfaces and providing security services to the mobile device via the application programming interfaces of the connect module to augment the behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

providing access information to the security management module, the access information comprising information specifying whether applications on the mobile device can access a sensitive function of one of the host application programming interfaces; and

when a given application being executed on the mobile device makes a function call to an application program interface that provides access to a sensitive function, allowing execution of the function call to the sensitive function when the access information indicates that function calls to the sensitive function by the given application are allowed, and otherwise not allowing execution of the function call to the sensitive function.

**2**. The method of claim **1**, wherein the method further comprises contacting an administrator if security information is not provided for the given application.

**3**. The method of claim **1**, wherein the method further comprises overriding user authentication features provided by the operating system with user authentication features provided by the security management module.

**21**

**4**. The method of claim **1**, wherein the method further comprises using the security management module to provide application feature-specific security.

**5**. The method of claim **1**, wherein the method further comprises configuring the connect module to provide secure communication with a host system.

**6**. A method for providing security features for a mobile device, wherein the method comprises:

providing a security management module with one or more security features;

providing a connect module for updating the one or more security features;

interfacing the connect module and the security management module with an operating system of the mobile device, by integrating application programming interfaces of the connect module with host environment application programming interfaces and providing security services to the mobile device via the application programming interfaces of the connect module to augment the behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

providing execution information to the security management module, the execution information comprising information on whether an application on the mobile device is allowed to be executed by the operating system; and

when a given application is to be executed on the mobile device, allowing execution of the given application when the execution information indicates that the given application is an allowable application, and otherwise not allowing execution of the given application.

**7**. The method of claim **6**, wherein the method further comprises contacting an administrator if security information is not provided for the given application.

**8**. The method of claim **6**, wherein the method further comprises overriding user authentication features provided by the operating system with user authentication features provided by the security management module.

**9**. The method of claim **6**, wherein the method further comprises using the security management module to provide application feature-specific security.

**10**. The method of claim **6**, wherein the method further comprises configuring the connect module to provide secure communication with a host system.

**11**. A mobile device comprising:

a main processor that controls operations of the mobile device;

a communication subsystem connected to the main processor,

wherein the communication subsystem is configured to send and receive data; and

a set of applications for providing security features for an operating system of the mobile device, the set of applications implementing:

a security management module for providing security features to the operating system of the mobile device;

a connect module for updating the security features provided by the security management module; and

an integration module for interfacing the connect module and the security management module with the operating system, wherein the integration module integrates application programming interfaces of the connect module with host environment application programming interfaces and provides security services to the mobile device via the application pro-

**22**

gramming interfaces of the connect module to augment behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

wherein the mobile device further comprises access information, the access information comprising information specifying whether applications on the mobile device can access a sensitive function of one of the host environment application programming interfaces; and

wherein the security management module is arranged to allow execution of a function call to a sensitive function when a given application being executed on the mobile device makes a function call to the at least one application program interface that provides access to the sensitive function when the access information indicates that function calls to the sensitive function by the given application are allowed, and otherwise not to allow execution of the function call to the sensitive function.

**12**. The device of claim **11**, wherein the security management module is adapted to override user authentication features provided by the operating system with user authentication features provided by the security management module.

**13**. The device of claim **11**, wherein the security management module provides application feature-specific security.

**14**. The device of claim **11**, wherein the connect module is configured to provide secure communication with a host.

**15**. The device of claim **11**, wherein the security management module is adapted to contact an administrator if security information is not provided for the given application.

**16**. A mobile device comprising:

a main processor that controls operations of the mobile device;

a communication subsystem connected to the main processor, wherein the communication subsystem is configured to send and receive data; and

a set of applications for providing security features for an operating system of the mobile device, the set of applications implementing:

a security management module for providing security features to the operating system of the mobile device;

a connect module for updating the security features provided by the security management module; and

an integration module for interfacing the connect module and the security management module with the operating system, wherein the integration module integrates application programming interfaces of the connect module with host environment application programming interfaces and provides security services to the mobile device via the application programming interfaces of the connect module to augment behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

wherein the mobile device further comprises execution information, the execution information comprises information on whether an application on the mobile device is allowed to be executed by the operating system; and

wherein the security management module is arranged to allow execution of a given application when a given application is to be executed on the mobile device when the execution information indicates that the given application is an allowable application, and otherwise the security management module is arranged not to allow execution of the given application.

US 8,699,999 B2

**23**

**17**. The device of claim **16**, wherein the security management module is adapted to override user authentication features provided by the operating system with user authentication features provided by the security management module.

**18**. The device of claim **16**, wherein the security management module provides application feature-specific security.

**19**. The device of claim **16**, wherein the connect module is configured to provide secure communication with a host.

**20**. The device of claim **16**, wherein the security management module is adapted to contact an administrator if security information is not provided for the given application.

**21**. A non-transitory computer-readable medium comprising instructions, which when executed by a processor of a mobile device, configures the processor to perform a method for providing security features for the mobile device, wherein the method comprises:

providing a security management module with one or more security features;

providing a connect module for updating the one or more security features;

interfacing the connect module and the security management module with an operating system of the mobile device, by integrating application programming interfaces of the connect module with host environment application programming interfaces and providing security services to the mobile device via the application programming interfaces of the connect module to augment the behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

providing access information to the security management module, the access information comprising information specifying whether applications on the mobile device can access a sensitive function of one of the host application programming interfaces; and

when a given application being executed on the mobile device makes a function call to an application program interface that provides access to a sensitive function,

**24**

allowing execution of the function call to the sensitive function when the access information indicates that function calls to the sensitive function by the given application are allowed, and otherwise not allowing execution of the function call to the sensitive function.

**22**. A non-transitory computer-readable medium comprising instructions, which when executed by a processor of a mobile device, configures the processor to perform a method for providing security features for the mobile device, wherein the method comprises:

providing a security management module with one or more security features;

providing a connect module for updating the one or more security features;

interfacing the connect module and the security management module with an operating system of the mobile device, by integrating application programming interfaces of the connect module with host environment application programming interfaces and providing security services to the mobile device via the application programming interfaces of the connect module to augment the behavior of the host environment application programming interfaces and the mobile device in order to affect the security capabilities of the operating system;

providing execution information to the security management module, the execution information comprising information on whether an application on the mobile device is allowed to be executed by the operating system; and

when a given application is to be executed on the mobile device, allowing execution of the given application when the execution information indicates that the given application is an allowable application, and otherwise not allowing execution of the given application.

*   *   *   *   *