# Exhibit 10

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

**Exhibit 10 – U.S. Patent No. 9,426,145**

| Claims | Identification |
|---|---|
| [1pre] A method of creating a certificate store in a memory of a device, the method comprising: | Sophos Mobile is used to create a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>Root certificate configuration (Android Enterprise work profile policy)<br><br>🕒 Jul 4, 2023<br><br>With the **Root certificate** configuration, you upload a root certificate to a policy. When you assign the policy to a device, the certificate gets installed in the Android work profile.<br><br>You can upload X.509 certificate files in Privacy-Enhanced Mail (PEM) and Distinguished Encoding Rules (DER) encoding.<br><br>Commonly used file extensions are:<br><br>• PEM encoding: `.cer`, `.crt`, `.pem`<br>• DER encoding: `.cer`, `.der`<br><br>After you add a **Root certificate** configuration to a policy, you can use it in other configurations of the same policy, for example, as Extensible Authentication Protocol (EAP) server certificate in a **Wi-Fi** configuration.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to create a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to create a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>## Use Sophos Mobile to install the root CA on mobile devices<br><br>◷ Apr 3, 2023<br><br>You can add the Certificate Authority (CA) you configure for web or email protection to users' mobile devices remotely.<br><br>This prevents untrusted certificate errors that occur when you apply a signing CA to SSL/TLS inspection and HTTPS decryption, and email TLS configurations.<br><br>You can add the CA to users' endpoints remotely using Active Directory or a Mobile Device Management (MDM) solution.<br><br>Apple recommends using an MDM solution or Apple Configurator to install the CA. If you do this, the CA is automatically trusted. If you use Apple Configurator, you must create a configuration profile on MacOS. You can then connect one or more iOS devices and install the CA on them.<br><br>Using Sophos Mobile, our MDM solution, you can install certificates and CAs on groups of Android and iOS mobile devices. This example shows how to install the CA in iOS mobile devices enrolled with Sophos Mobile.<br><br>https://docs.sophos.com/nsg/sophos-firewall/18.5/Help/en-us/webhelp/onlinehelp/AdministratorHelp/Certificates/HowToArticles/CertificatesInstallRootCAUsingSophosMobile/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to create a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>**Client certificate configuration (Android Enterprise work profile policy)**<br><br>🕒 Feb 13, 2023<br><br>With the **Client certificate** configuration you install a client certificate onto devices. This certificate is available to managed Google Play apps, i.e. to apps installed in the work profile.<br><br>The certificate is available to other configurations of the same policy. If you require certificates in other policies, you must upload them again.<br><br>| Setting | Description |<br>|---|---|<br>| File | Select **Upload a file** and then select a PKCS #12 (.pfx) certificate file. |<br>| Certificate name | The name of the certificate.<br>Sophos Mobile reads the name from the certificate file. |<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/ClientCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to create a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>SCEP configuration (Android Enterprise work profile policy) 🔗<br><br>⏱ Feb 13, 2023<br><br>With the **SCEP** configuration you enable devices to request certificates from a Certificate Authority using the Simple Certificate Enrollment Protocol (SCEP). These certificates are available to apps that are installed in the work profile.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/SCEP/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| [1a] receiving, at a space management module, a command to create a memory space, the memory space associated with a designation of a class identifying a first mode of operation of the device, such that data in the memory space can not be accessed by applications executed on the device when the device is operating in a second mode of operation; | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/EnrollDevices/AndroidEnterprise/WorkProfileGetStarted/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation). <br><br>  <br><br>  <br><br> https://www.android.com/enterprise/work-profile/ |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br>**Work Profile and its features**<br><br>A Work Profile is a self contained profile on an Android device for storing work apps and data. Work Profile allows separation of work apps and data, giving organizations full control of the data, apps, and security policies within a Work Profile. Simultaneously, users retain privacy over their personal apps, data, and usage. On devices designated as company-owned during setup, organizations can enforce some policies that apply to a device's personal profile and overall device behavior.<br><br>Apps installed in the Work Profile are marked with the briefcase icon, so as to be easily distinguishable from personal apps. For more information on how to use a Work Profile device, see What is a Work Profile.<br><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br><br><br>https://support.google.com/work/android/answer/6191949?hl=en |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br>**Data segregation**<br><br>Work profiles use the following data segregation rules.<br><br>Apps 🔗<br><br>When the same app exists in the primary user and work profile, apps are scoped with their own segregated data. Generally, apps act independently and can't communicate directly with instances across the profile-user boundary unless they hold `INTERACT_ACROSS_PROFILES` permission or App-ops.<br><br>Accounts<br><br>Accounts in the work profile are unique from the primary user and credentials can't be accessed across the profile-user boundary. Only apps in their respective context are able to access their respective accounts.<br><br>Intents<br><br>The administrator controls whether intents are resolved in or out of the work profile. By default, apps from the work profile are scoped to stay within the work profile exception of the Device Policy API.<br><br>https://source.android.com/docs/devices/admin/managed-profiles |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br>What policies is my organization enforcing on my device?<br><br>If your device has a work profile, your organization can view and manage your work apps and data. Your personal apps, data, and usage details aren't visible or accessible to your organization. Your organization may be able to manage certain settings on your device (e.g. time and date, language, Wi-Fi configurations) if your device is company-owned.<br><br>https://support.google.com/work/android/answer/7502354?sjid=4365723958134001885-NC |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br>Work profile 🔖 ▾      Send feedback<br><br>The **work profile** solution set is intended for employee-owned devices and company-owned devices for work and personal use. Corporate apps, data, and management policies are restricted to the work profile. With a work profile, the same device can be used securely and privately for work and personal purposes.<br><br>https://developers.google.com/android/work/requirements/work-profile |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation). <br><br> **What policies can my organization manage on my device?** <br><br> When you first add a work profile to your device, you need to install a device policy controller app (selected by your organization) as part of the setup process. This app manages your work profile, presents the terms of use, and details the data on your device that is captured and recorded. You must review and accept the user license agreement to set up your work profile. <br><br> If your device is personally-owned, your organization can carry out some or all of the following actions: <br><br> • Remotely create, access, and delete data in your work profile <br> • Enforce minimum passcode requirements on your work profile and device <br> • Change the password to your managed account (the account associated with your work profile) <br> • Suspend access to your work profile <br> • Restrict what can be shared across your work and personal profiles <br> • Block screen captures in your work profile <br> • Manage access to your organization's corporate mail server and internal data <br> • Remotely install (and uninstall) apps and certificates in your work profile <br> • Manage permissions and other settings for apps in your work profile <br><br> https://support.google.com/work/android/answer/7502354?sjid=15190572361787352145-NC#zippy=%2Ci-own-my-device |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, a space management module creates memory space and associates it with a "work" profile (*i.e.*, a first mode of operation) to store data and apps such that data in the memory space can not be accessed by applications associated with a "personal" profile (*i.e.*, a second mode of operation).<br><br>**Device management**<table><tr><th>Feature</th><th>Description</th></tr><tr><td>Manage Google Workspace accounts</td><td>Ensure that only authorized Google Workspace (or Cloud Identity) accounts can interact with corporate data.</td></tr><tr><td>Manage 3rd party certificates</td><td>Distribute a 3rd-party certificate management app to a Work Profile and grant the app privileged access to install certificates in the managed keystore.</td></tr><tr><td>Control access to input methods</td><td>Configure the input methods (e.g. keyboards) that a user can configure on their device. Input methods are shared across both work and personal profiles</td></tr><tr><td>Control access to accessibility services</td><td>Configure the accessibility services that can be enabled on a device.</td></tr><tr><td>Set location sharing preferences</td><td>Configure location sharing settings (e.g. high accuracy, battery-saving, sensors only, off) for apps in a Work Profile.</td></tr><tr><td>Disable screen captures</td><td>Prevent users from taking screenshots when using apps in a Work Profile.</td></tr><tr><td>Retrieve network statistics</td><td>Retrieve network usage statistics for a Work Profile.</td></tr></table><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| [1b] designating, at the space management module, a range of addresses in a memory for the memory space; and | With Android Enterprise Work Profile managed by Sophos Mobile, the space management module designates a range of addresses in a memory for work profile memory spaces.<br><br>**Securing work data**<br><br>Separation between a user's personal data and work data is enforced at the OS kernel level across processes, memory and storage. All applications from Google Play work out of the box with separate data storage and there's no need for modification of applications.<br><br>https://static.googleusercontent.com/media/www.android.com/en//static/2016/pdfs/enterprise/Android_Enterprise_One_Pager_BYOD.pdf |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, the space management module designates a range of addresses in a memory for work profile memory spaces. |

Android devices: management use cases

This section describes the management options available in Android to support managed deployments. You can use Android Enterprise's tools and services to support any or all of the following options in your EMM solution.

Work profile for employee-owned devices (BYOD)

Personal profile
• Contains personal apps & data
• Not visible to organization

Work profile
• Contains work apps & data
• Visible to organization
• Managed by organization

*Figure 1. Personally-owned device with a work profile.*

BYOD devices can be set up with a **work profile**—a feature built into Android 5.1+ that allows work apps and data to be stored in a separate, self-contained space within a device. An employee can continue to use their device as normal; all their personal apps and data remain on the device's primary profile.

An employee's organization has full management control of the apps, data, and settings in their device's work profile, but has no visibility or access to the device's personal profile. This distinct separation gives organizations control over corporate data and security without compromising employee privacy.

https://developers.google.com/android/work/overview

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, the space management module designates a range of addresses in memory for work profile memory spaces.<br><br>**Work profiles**<br><br>You can manage a user's business data and applications through a work profile. A work profile is a managed corporate profile associated with the primary user account on an Android device. A work profile securely isolates work apps and data from personal apps and data. This work profile is in a separate container from the personal profile, which your user controls. These separate profiles allow organizations to manage the business data they care about, but leave everything else on a user's device under the user's control. For a deep dive into best practices, see the Work profiles guide. For an overview of those best practices, see below.<br><br>https://developer.android.com/work/guide<br><br>• Since the personal and work profiles have separate storage areas, a file URI that is valid on one profile is not valid on the other. Any intent fired on one profile might be handled on the other (depending on profile settings), so it is not safe to attach file URIs to intents.<br><br>https://developer.android.com/work/managed-profiles |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | With Android Enterprise Work Profile managed by Sophos Mobile, the space management module designates a range of addresses in memory for work profile memory spaces.<br><br>### Data and file storage overview 🔖▾<br><br>Android uses a file system that's similar to disk-based file systems on other platforms. The system provides several options for you to save your app data:<br><br>• **App-specific storage:** Store files that are meant for your app's use only, either in dedicated directories within an internal storage volume or different dedicated directories within external storage. Use the directories within internal storage to save sensitive information that other apps shouldn't access.<br><br>• **Shared storage:** Store files that your app intends to share with other apps, including media, documents, and other files.<br><br>• **Preferences:** Store private, primitive data in key-value pairs.<br><br>• **Databases:** Store structured data in a private database using the Room persistence library.<br><br>https://developer.android.com/training/data-storage |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| [1c] initializing, at a certificate manager, a certificate store in the memory of the device, the certificate store associated with the designation of the class. | Sophos Mobile is used to initialize a certificate store (*e.g.*, to store root and other certificates) in the memory of a device in association with an Android work profile.<br><br>Root certificate configuration (Android Enterprise work profile policy)<br><br>🕐 Jul 4, 2023<br><br>With the **Root certificate** configuration, you upload a root certificate to a policy. When you assign the policy to a device, the certificate gets installed in the Android work profile.<br><br>You can upload X.509 certificate files in Privacy-Enhanced Mail (PEM) and Distinguished Encoding Rules (DER) encoding.<br><br>Commonly used file extensions are:<br><br>• PEM encoding: `.cer`, `.crt`, `.pem`<br>• DER encoding: `.cer`, `.der`<br><br>After you add a **Root certificate** configuration to a policy, you can use it in other configurations of the same policy, for example, as Extensible Authentication Protocol (EAP) server certificate in a **Wi-Fi** configuration.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to initialize a certificate store (*e.g.*, to store root and other certificates) in the memory of a device in association with an Android work profile.<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to initialize a certificate store (*e.g.*, to store root and other certificates) in the memory of a device in association with an Android work profile.<br><br>### Use Sophos Mobile to install the root CA on mobile devices<br><br>🕒 Apr 3, 2023<br><br>You can add the Certificate Authority (CA) you configure for web or email protection to users' mobile devices remotely.<br><br>This prevents untrusted certificate errors that occur when you apply a signing CA to SSL/TLS inspection and HTTPS decryption, and email TLS configurations.<br><br>You can add the CA to users' endpoints remotely using Active Directory or a Mobile Device Management (MDM) solution.<br><br>Apple recommends using an MDM solution or Apple Configurator to install the CA. If you do this, the CA is automatically trusted. If you use Apple Configurator, you must create a configuration profile on MacOS. You can then connect one or more iOS devices and install the CA on them.<br><br>Using Sophos Mobile, our MDM solution, you can install certificates and CAs on groups of Android and iOS mobile devices. This example shows how to install the CA in iOS mobile devices enrolled with Sophos Mobile.<br><br>https://docs.sophos.com/nsg/sophos-firewall/18.5/Help/en-us/webhelp/onlinehelp/AdministratorHelp/Certificates/HowToArticles/CertificatesInstallRootCAUsingSophosMobile/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to initialize a certificate store (*e.g.*, to store root and other certificates) in the memory of a device in association with an Android work profile.<br><br>![Client certificate configuration screenshot]<br><br>**Client certificate configuration (Android Enterprise work profile policy)**<br><br>🕓 Feb 13, 2023<br><br>With the **Client certificate** configuration you install a client certificate onto devices. This certificate is available to managed Google Play apps, i.e. to apps installed in the work profile.<br><br>The certificate is available to other configurations of the same policy. If you require certificates in other policies, you must upload them again.<br><br>| Setting | Description |<br>|---|---|<br>| File | Select **Upload a file** and then select a PKCS #12 (.pfx) certificate file. |<br>| Certificate name | The name of the certificate. Sophos Mobile reads the name from the certificate file. |<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/ClientCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 10 – U.S. Patent No. 9,426,145

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to initialize a certificate store (*e.g.*, to store root and other certificates) in the memory of a device in association with an Android work profile.<br><br>SCEP configuration (Android Enterprise work profile policy)<br><br>Feb 13, 2023<br><br>With the **SCEP** configuration you enable devices to request certificates from a Certificate Authority using the Simple Certificate Enrollment Protocol (SCEP). These certificates are available to apps that are installed in the work profile.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/SCEP/index.html |