# Exhibit 11

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

### Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| [1pre] A method for low-density parity-check (LDPC) encoding data, comprising: | Sophos WiFi Access Points execute a method for LDPC via Qualcomm WiFi Chipsets. For example, the AP 55 uses the Qualcomm QCA 9880. The APX 740 uses the Qualcomm IPQ8069<br><br><br><br>https://fccid.io/2ACTO-AP55/Internal-Photos/Internal-Photos-2586106<br><br>**Qualcomm QCA9880**<br><br>**Features**<br>•WLAN CPU supports low-level setup of PHY and RF to offload the host processor for other tasks<br>•Dynamic frequency selection (DFS) in required 5-GHz bands when used as an AP<br>•3x3 MIMO technology improves effective throughput and range over existing 802.11a/b/g products<br>•Supports spatial multiplexing, cyclic-delay diversity (CDD), low-density parity check (LDPC), maximal ratio combining (MRC), Space Time Block Code (STBC)<br><br>https://www.qualcomm.com/products/internet-of-things/networking/wi-fi-networks/qca9880 |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| |  |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | Sophos WiFi Access Points implement LDPC via Qualcomm WiFi Chipsets. For example, the WiFI expansion module 7933DMC uses the Qualcomm QCA 9882  https://fcc.report/FCC-ID/2ACTO-7933DMC/6148568.pdf **Product Highlights - KEY FEATURES** • Qualcomm Atheros QCA9882 • 2.4GHz max 21dBm & 5GHz max 20dBm output power (per chain) • IEEE 802.11ac compliant & backward compatible with 802.11a/b/g/n • 2x2 MIMO Technology, up to 867Mbps • Mini PCI Express edge connector • Supports Spatial Multiplexing, Cyclic-Delay Diversity (CDD), Low-Density Parity Check (LDPC) Codes, Maximal Ratio Combining (MRC), Space Time Block Code (STBC) https://www.524wifi.com/index.php/wle600vx-7a-minipcie-qca9882-module-802-11ac-2-2-2-4-5ghz-compex.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | Sophos devices (e.g., WiFi Access Points ) implement LDPC.  For example, AP6 access point transmits a beacon indicating support for LDPC<br><br>Tag: SSID parameter set: "Sophos AP6 840 94172A_2"<br><br>HT Capabilities Info: 0x098d<br><br>.... .... .... ...1 = HT LDPC coding capability: Transmitter supports receiving LDPC coded packets<br><br><br><br>Source: Wireshark PCAP file for AP6 Serial No. PC1005PC2DT28CO MAC address: |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | **IEEE Std 802.11-2020**<br><br>**IEEE Standard for**<br>**Information technology—**<br>**Telecommunications and information**<br>**exchange between systems—**<br>**Local and metropolitan area networks—**<br>**Specific requirements**<br><br>**Part 11: Wireless LAN Medium Access Control (MAC)**<br>**and Physical Layer (PHY) Specifications**<br><br>**Amendment 5: Enhancements for Higher**<br>**Throughput**<br><br>**19.3.11.7.3** LDPC encoder<br><br>For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, $c=(i0,i1,..., i(k-1))$, of size k, into a codeword, c, of size n, $c=(i0,i1,... i(k-1), p0, p1,..., p(n-k-1))$, by adding n–k parity bits obtained so that $H \times cT = 0$, where H is an (n–k)×n parity-check matrix. The selection of the codeword block length (n) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5. |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| [1a] receiving input data from a data source; | **The Sophos access points receive input data from a data source when power is applied and the AP is configured.**<br><br>**Configuration**<br>After successfully establishing network connectivity the status LED turns to solid green.<br>The AP is now ready to be managed.<br>1.Sign into Sophos Central at central.sophos.com.<br>2.If you don't yet have a Sophos Central Account, please create one.<br>3.Register the AP in your Sophos Central account by entering the serial number.<br>Note: After powering on the AP, there is a 15-minute window to register it in Sophos Central, or the AP will have to be either hard rebooted or rebooted using the local web interface.<br>4.After the AP is registered in Sophos Central, please upgrade the AP to the latest firmware version.<br>Advanced configuration:<br>The advanced options can be configured in the local web interface of the AP.<br>1.Register the AP in Sophos Central (see above).<br>2.Open a web browser on your computer, enter the IP address assigned from the DHCP server/ default IP address and press enter.<br>To access the web interface of the AP after registering it in Sophos Central, use the default credentials with the username as "admin" and the unique password for this AP [See back of your AP6 for the Unique Password].<br><br>https://docs.sophos.com/nsg/hardware/quickstart/ap6/en-us/sophos-quick-start-guide-ap6.pdf |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | **IEEE Std 802.11-2020**<br><br>**19.3.4 Overview of the PPDU encoding process**<br><br>The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:<br><br>f) Initiate the scrambler with a pseudorandom nonzero seed, generate a scrambling sequence, and exclusive-OR (XOR) it with the string of data bits, as described in 17.3.5.5.<br><br>i) If BCC encoding is to be used, encode the extended, scrambled data string with a rate 1/2 convolutional encoder (see 17.3.5.6). Omit (puncture) some of the encoder output string (chosen according to puncturing pattern) to reach the coding rate, R, corresponding to the TXVECTOR parameters MCS or L_DATARATE. Refer to 19.3.11.6 for details. If LDPC encoding is to be used, encode the scrambled data stream according to 19.3.11.7.5. |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| [1b] applying the following expanded parity check matrix to the input data to generate encoded data with a code length of 1944: <br><br>(matrix of numeric values) | **IEEE Std 802.11-2020** <br><br> **19.3.3 Transmitter block diagram** <br> HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks: <br><br> c) FEC encoders encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include a low-density parity check (LDPC) encoder. <br><br> **19.3.4 Overview of the PPDU encoding process** <br> i) If BCC encoding is to be used, encode the extended, scrambled data string with a rate 1/2 convolutional encoder (see 17.3.5.6). Omit (puncture) some of the encoder output string (chosen according to puncturing pattern) to reach the coding rate, R, corresponding to the TXVECTOR parameters MCS or L_DATARATE. Refer to 19.3.11.6 for details. If LDPC encoding is to be used, encode the scrambled data stream according to 19.3.11.7.5. <br><br> **19.3.11.7.5 LDPC PPDU encoding process** <br> For all values of $N_{shrt}$, encode each of the codewords using the LDPC encoding technique described in 19.3.11.7.2 to 19.3.11.7.4. <br><br> **19.3.11.7.3 LDPC encoder** <br> For each of the three available codeword block lengths, the LDPC encoder supports rate 1/2, rate 2/3, rate 3/4, and rate 5/6 encoding. The LDPC encoder is systematic, i.e., it encodes an information block, c=(i0,i1,..., i(k−1)), of size k, into a codeword, c, of size n, c=(i0,i1,... i(k−1), p0, p1,..., p(n−k−1)), by adding n−k parity bits obtained so that H×cT = 0, where H is an (n−k)×n parity-check matrix. The selection of the codeword block length (n) is achieved via the LDPC PPDU encoding process described in 19.3.11.7.5. |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | **The Sophos access points apply an expanded parity check matrix to the input data when power is applied and the AP is configured.**<br><br>**Configuration**<br>After successfully establishing network connectivity the status LED turns to solid green.<br>The AP is now ready to be managed.<br>1.Sign into Sophos Central at central.sophos.com.<br>2.If you don't yet have a Sophos Central Account, please create one.<br>3.Register the AP in your Sophos Central account by entering the serial number.<br>Note: After powering on the AP, there is a 15-minute window to register it in Sophos Central, or the AP will have to be either hard rebooted or rebooted using the local web interface.<br>4.After the AP is registered in Sophos Central, please upgrade the AP to the latest firmware version.<br>Advanced configuration:<br>The advanced options can be configured in the local web interface of the AP.<br>1.Register the AP in Sophos Central (see above).<br>2.Open a web browser on your computer, enter the IP address assigned from the DHCP server/ default IP address and press enter.<br>To access the web interface of the AP after registering it in Sophos Central, use the default credentials with the username as "admin" and the unique password for this AP [See back of your AP6 for the Unique Password].<br><br>https://docs.sophos.com/nsg/hardware/quickstart/ap6/en-us/sophos-quick-start-guide-ap6.pdf |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | **IEEE Std 802.11-2020**<br><br>**Annex F**<br>(normative)<br>**HT LDPC matrix definitions**<br><br>Table F-3 defines the matrix prototypes of the parity-check matrices for a codeword block length n = 1944 bits, with a subblock size $Z$ = 81 bits.<br><br>(b) Coding rate R = 2/3.<br><br><pre>61 75  4 63 56  -  -  -  -  -  -  8  -  2 17 25  1 0 - - - - - -<br>56 74 77 20  -  -  - 64 24  4 67  -  7  -  -  -  - 0 0 - - - - -<br>28 21 68 10  7 14 65  -  -  - 23  -  -  - 75  -  - - 0 0 - - - -<br>48 38 43 78 76  -  -  -  -  5 36  - 15 72  -  -  - - - 0 0 - - -<br>40  2 53 25  - 52 62  - 20  -  - 44  -  -  -  -  0 - - - 0 0 - -<br>69 23 64 10 22  - 21  -  -  -  -  - 68 23 29  -  - - - - - 0 0 -<br>12  0 68 20 55 61  - 40  -  -  - 52  -  -  - 44  - - - - - - 0 0<br>58  8 34 64 78  -  - 11 78 24  -  -  -  -  - 58  1 - - - - - - 0</pre> |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| [1c] wherein −1 represents an 81×81 all-zero square matrix, and all other integers represent an 81×81 identity matrix, circularly right shifted a respective number of times corresponding to the respective integers. | **IEEE Std 802.11-2020**<br><br>**19.3.11.7.4 Parity-check matrices**<br>Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size Z × Z. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.<br>The cyclic-permutation matrix Pi is obtained from the Z × Z identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix P0 is the Z × Z identity matrix. Figure 19-12 illustrates examples (for a subblock size of 8 × 8) of cyclic-permutation matrices Pi.<br><br>Table F-1 displays the "matrix prototypes" of parity-check matrices for all four coding rates at block length n=648 bits. The integer $i$ denotes the cyclic-permutation matrix Pi, as illustrated in Figure 19-12. Vacant entries of the table denote null (zero) submatrices.<br><br>Table F-2 displays the matrix prototypes of parity-check matrices for block length n=1296 bits, in the same fashion.<br><br>Table F-3 displays the matrix prototypes of parity-check matrices for block length n=1944 bits, in the same fashion. |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 11 – U.S. Patent No. 7,917,829

| Claims | Identification |
|---|---|
| | **IEEE Std 802.11-2020**<br><br>**Annex F**<br>(normative)<br>**HT LDPC matrix definitions**<br><br>Table F-3 defines the matrix prototypes of the parity-check matrices for a codeword block length n = 1944 bits, with a subblock size Z = 81 bits.<br><br>(b) Coding rate R = 2/3.<br><pre>61  75   4  63  56   -   -   -   -   -   -   8   -   2  17  25   1 0 - - - - - -<br>56  74  77  20   -   -   -  64  24   4  67   -   7   -   -   -   - 0 0 - - - - -<br>28  21  68  10   7  14  65   -   -   -  23   -   -   -  75   -   - - 0 0 - - - -<br>48  38  43  78  76   -   -   -   -   5  36   -  15  72   -   -   - - - 0 0 - - -<br>40   2  53  25   -  52  62   -  20   -   -  44   -   -   -   -   0 - - - 0 0 - -<br>69  23  64  10  22   -  21   -   -   -   -   -  68  23  29   -   - - - - - 0 0 -<br>12   0  68  20  55  61   -  40   -   -   -  52   -   -   -  44   - - - - - - 0 0<br>58   8  34  64  78   -   -  11  78  24   -   -   -   -   -  58   1 - - - - - - 0</pre> |