# Exhibit 13

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

**Exhibit 13 – U.S. Patent No. 9,294,470**

| Claims | Identification |
|---|---|
| [1pre] A method of regulating population of a certificate store in a memory of a device, the method comprising: | Sophos Mobile is used to populate a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>**Root certificate configuration (Android Enterprise work profile policy)**<br><br>🕒 Jul 4, 2023<br><br>With the **Root certificate** configuration, you upload a root certificate to a policy. When you assign the policy to a device, the certificate gets installed in the Android work profile.<br><br>You can upload X.509 certificate files in Privacy-Enhanced Mail (PEM) and Distinguished Encoding Rules (DER) encoding.<br><br>Commonly used file extensions are:<br><br>• PEM encoding: `.cer`, `.crt`, `.pem`<br>• DER encoding: `.cer`, `.der`<br><br>After you add a **Root certificate** configuration to a policy, you can use it in other configurations of the same policy, for example, as Extensible Authentication Protocol (EAP) server certificate in a **Wi-Fi** configuration.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
|  | **Sophos Mobile is used to populate a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.**<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to populate a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile. <br><br> ## Use Sophos Mobile to install the root CA on mobile devices <br><br> 🕓 Apr 3, 2023 <br><br> You can add the Certificate Authority (CA) you configure for web or email protection to users' mobile devices remotely. <br><br> This prevents untrusted certificate errors that occur when you apply a signing CA to SSL/TLS inspection and HTTPS decryption, and email TLS configurations. <br><br> You can add the CA to users' endpoints remotely using Active Directory or a Mobile Device Management (MDM) solution. <br><br> Apple recommends using an MDM solution or Apple Configurator to install the CA. If you do this, the CA is automatically trusted. If you use Apple Configurator, you must create a configuration profile on MacOS. You can then connect one or more iOS devices and install the CA on them. <br><br> Using Sophos Mobile, our MDM solution, you can install certificates and CAs on groups of Android and iOS mobile devices. This example shows how to install the CA in iOS mobile devices enrolled with Sophos Mobile. <br><br> https://docs.sophos.com/nsg/sophos-firewall/18.5/Help/en-us/webhelp/onlinehelp/AdministratorHelp/Certificates/HowToArticles/CertificatesInstallRootCAUsingSophosMobile/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to populate a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/ClientCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to populate a certificate store in a memory of a device (e.g., a mobile device), e.g., for storing a certificate authority (CA) and certificates for use on mobile devices with Android Enterprise Work Profile.<br><br>SCEP configuration (Android Enterprise work profile policy)<br><br>🕐 Feb 13, 2023<br><br>With the **SCEP** configuration you enable devices to request certificates from a Certificate Authority using the Simple Certificate Enrollment Protocol (SCEP). These certificates are available to apps that are installed in the work profile.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/SCEP/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used with Android Enterprise Work Profile to manage a "work profile," including regulating the certificate store of the work profile. <br><br>  |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|--------|----------------|
| | Sophos Mobile is used with Android Enterprise Work Profile to manage a "work profile," including regulating the certificate store of the work profile. Sophos Mobile provides a setting to restrict or allow users to install or remove certificates in the work profile. <br><br>  <br><br> https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/Restrictions/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used with Android Enterprise Work Profile to manage a "work profile," including regulating the certificate store of the work profile.<br><br>**Device management**<br><br>| Feature | Description |<br>|---|---|<br>| Configure Wi-Fi settings | Remotely deploy Wi-Fi login settings (SSID, password) to a device. |<br>| Configure certificate-authenticated Wi-Fi | Remotely deploy Wi-Fi settings to a device that include identity, certificates for client authorization, and CA certificates. |<br>| Restrict access to authorized accounts | Ensure that only authorized corporate accounts can interact with Work Profiles data by preventing users from adding or modifying accounts. |<br>| Manage certificates | Deploy identity certificates and certificate authorities to a device to enable access to corporate resources. |<br>| Manage advanced certificate details | Select certificates for specific work apps, remove CAs and identity certs from an active device, and prevent users from modifying credentials in the managed keystore. |<br>| Enable Always On VPN | Enable Always On VPN for specified apps in a Work Profile to ensure they always go through a configured VPN. |<br><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features` |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
|  | Sophos Mobile is used with Android Enterprise Work Profile to manage a "work profile," including regulating the certificate store of the work profile.  https://developers.google.com/android/work/requirements |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| [1a] determining that a device administration server is present; | Sophos Mobile is used to enroll a device in Android Enterprise Work Profile, whereby the device determines that a device administration server (*e.g.*, a server hosting Sophos endpoint management software, such as Sophos Central) is present for managing the work profile.<br><br>Get started with work profile management<br><br>Apr 3, 2024<br><br>This page shows you how to set up the Android Enterprise work profile management mode and enroll personal devices.<br><br>The work profile management mode lets you manage a dedicated workspace, the work profile, on a user's Android device. This management mode is commonly used for a bring your own device (BYOD) setup, because you can only monitor and manage apps, accounts, and data within the work profile.<br><br>ⓘ Requirements<br><br>• You set up Android Enterprise in Sophos Mobile. See Set up Android Enterprise.<br>• You added the device user to Sophos Central. See Users.<br>• You created the device group you want to add the device to. See Device groups.<br><br>See the following sections to learn how to set up Android Enterprise work profile enrollment and enroll devices.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/EnrollDevices/AndroidEnterprise/WorkProfileGetStarted/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to enroll a device in Android Enterprise Work Profile, whereby the device determines that a device administration server (*e.g.*, a server hosting Sophos endpoint management software, such as Sophos Central) is present for managing the work profile.<br><br>Work Profile and its features<br><br>A Work Profile is a self contained profile on an Android device for storing work apps and data. Work Profile allows separation of work apps and data, giving organizations full control of the data, apps, and security policies within a Work Profile. Simultaneously, users retain privacy over their personal apps, data, and usage. On devices designated as company-owned during setup, organizations can enforce some policies that apply to a device's personal profile and overall device behavior.<br><br>Apps installed in the Work Profile are marked with the briefcase icon, so as to be easily distinguishable from personal apps. For more information on how to use a Work Profile device, see What is a Work Profile.<br><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to enroll a device in Android Enterprise Work Profile, whereby the device determines that a device administration server (*e.g.*, a server hosting Sophos endpoint management software, such as Sophos Central) is present for creating and managing the work profile.<br><br><br><br>https://support.google.com/work/android/answer/6191949?hl=en |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used to enroll a device in Android Enterprise Work Profile, whereby the device determines that a device administration server (*e.g.*, a server hosting Sophos endpoint management software, such as Sophos Central) is present for creating and managing the work profile.<br><br>What policies can my organization manage on my device?<br><br>When you first add a work profile to your device, you need to install a device policy controller app (selected by your organization) as part of the setup process. This app manages your work profile, presents the terms of use, and details the data on your device that is captured and recorded. You must review and accept the user license agreement to set up your work profile.<br><br>If your device is personally-owned, your organization can carry out some or all of the following actions:<br><br>• Remotely create, access, and delete data in your work profile<br>• Enforce minimum passcode requirements on your work profile and device<br>• Change the password to your managed account (the account associated with your work profile)<br>• Suspend access to your work profile<br>• Restrict what can be shared across your work and personal profiles<br>• Block screen captures in your work profile<br>• Manage access to your organization's corporate mail server and internal data<br>• Remotely install (and uninstall) apps and certificates in your work profile<br>• Manage permissions and other settings for apps in your work profile<br><br>https://support.google.com/work/android/answer/7502354?sjid=15190572361787352145-NC#zippy=%2Ci-own-my-device |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used with Android Enterprise Work Profile to control whether users are able to modify credentials, including adding or deleting certificates for the work profile, whereby the device determines that an information technology policy for such control is enabled.<br><br>**Security**<br><br>| Setting | Description |<br>|---|---|<br>| Allow screen capture | Users can capture the screen content of apps installed in the work profile. |<br>| Allow user to configure credentials | Users can install or remove certificates in the work profile. |<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/Restrictions/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| [1b] determining that an information technology policy is enabled; and | Sophos Mobile is used with Android Enterprise Work Profile to control whether users are able to modify credentials, including adding or deleting certificates for the work profile, whereby the device determines that an information technology policy for such control is enabled.<br><br>**Device management**<br><br>| Feature | Description |<br>|---|---|<br>| Configure Wi-Fi settings | Remotely deploy Wi-Fi login settings (SSID, password) to a device. |<br>| Configure certificate-authenticated Wi-Fi | Remotely deploy Wi-Fi settings to a device that include identity, certificates for client authorization, and CA certificates. |<br>| Restrict access to authorized accounts | Ensure that only authorized corporate accounts can interact with Work Profiles data by preventing users from adding or modifying accounts. |<br>| Manage certificates | Deploy identity certificates and certificate authorities to a device to enable access to corporate resources. |<br>| Manage advanced certificate details | Select certificates for specific work apps, remove CAs and identity certs from an active device, and prevent users from modifying credentials in the managed keystore. |<br>| Enable Always On VPN | Enable Always On VPN for specified apps in a Work Profile to ensure they always go through a configured VPN. |<br><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features` |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Sophos Mobile is used with Android Enterprise Work Profile to control whether users are able to modify credentials, including adding or deleting certificates for work profile, whereby the device determines that an information technology policy for such control is enabled.<br><br> |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| [1c] responsive to the determining that the device administration server is present and that an information technology policy is enabled, disabling user interface interaction, on the device, for importing certificates into a certificate store associated with a portion of memory of the device. | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized.<br><br>**Root certificate configuration (Android Enterprise work profile policy)**<br><br>🕐 Jul 4, 2023<br><br>With the **Root certificate** configuration, you upload a root certificate to a policy. When you assign the policy to a device, the certificate gets installed in the Android work profile.<br><br>You can upload X.509 certificate files in Privacy-Enhanced Mail (PEM) and Distinguished Encoding Rules (DER) encoding.<br><br>Commonly used file extensions are:<br><br>• PEM encoding: .cer , .crt , .pem<br>• DER encoding: .cer , .der<br><br>After you add a **Root certificate** configuration to a policy, you can use it in other configurations of the same policy, for example, as Extensible Authentication Protocol (EAP) server certificate in a **Wi-Fi** configuration.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/RootCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized. <br><br> **Use Sophos Mobile to install the root CA on mobile devices** <br> 🕓 Apr 3, 2023 <br><br> You can add the Certificate Authority (CA) you configure for web or email protection to users' mobile devices remotely. <br><br> This prevents untrusted certificate errors that occur when you apply a signing CA to SSL/TLS inspection and HTTPS decryption, and email TLS configurations. <br><br> You can add the CA to users' endpoints remotely using Active Directory or a Mobile Device Management (MDM) solution. <br><br> Apple recommends using an MDM solution or Apple Configurator to install the CA. If you do this, the CA is automatically trusted. If you use Apple Configurator, you must create a configuration profile on MacOS. You can then connect one or more iOS devices and install the CA on them. <br><br> Using Sophos Mobile, our MDM solution, you can install certificates and CAs on groups of Android and iOS mobile devices. This example shows how to install the CA in iOS mobile devices enrolled with Sophos Mobile. <br><br> https://docs.sophos.com/nsg/sophos-firewall/18.5/Help/en-us/webhelp/onlinehelp/AdministratorHelp/Certificates/HowToArticles/CertificatesInstallRootCAUsingSophosMobile/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized.<br><br>### Client certificate configuration (Android Enterprise work profile policy)<br><br>🕓 Feb 13, 2023<br><br>With the **Client certificate** configuration you install a client certificate onto devices. This certificate is available to managed Google Play apps, i.e. to apps installed in the work profile.<br><br>The certificate is available to other configurations of the same policy. If you require certificates in other policies, you must upload them again.<br><br>| Setting | Description |<br>|---|---|<br>| File | Select **Upload a file** and then select a PKCS #12 (.pfx) certificate file. |<br>| Certificate name | The name of the certificate.<br>Sophos Mobile reads the name from the certificate file. |<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/ClientCert/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized.<br><br>SCEP configuration (Android Enterprise work profile policy)<br><br>🕒 Feb 13, 2023<br><br>With the **SCEP** configuration you enable devices to request certificates from a Certificate Authority using the Simple Certificate Enrollment Protocol (SCEP). These certificates are available to apps that are installed in the work profile.<br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/SCEP/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized.<br><br>Work Profile and its features<br><br>A Work Profile is a self contained profile on an Android device for storing work apps and data. Work Profile allows separation of work apps and data, giving organizations full control of the data, apps, and security policies within a Work Profile. Simultaneously, users retain privacy over their personal apps, data, and usage. On devices designated as company-owned during setup, organizations can enforce some policies that apply to a device's personal profile and overall device behavior.<br><br>Apps installed in the Work Profile are marked with the briefcase icon, so as to be easily distinguishable from personal apps. For more information on how to use a Work Profile device, see What is a Work Profile.<br><br>https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features<br><br>Work profile<br><br>The **work profile** solution set is intended for employee-owned devices and company-owned devices for work and personal use. Corporate apps, data, and management policies are restricted to the work profile. With a work profile, the same device can be used securely and privately for work and personal purposes.<br><br>https://developers.google.com/android/work/requirements/work-profile |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | For example, when Sophos Mobile is used to enroll devices in Android Enterprise Work Profile, a certificate store associated with a portion of memory for storing certificates for the work profile is initialized.<br><br>**Data segregation**<br>Work profiles use the following data segregation rules.<br><br>Apps ∞<br>When the same app exists in the primary user and work profile, apps are scoped with their own segregated data. Generally, apps act independently and can't communicate directly with instances across the profile-user boundary unless they hold `INTERACT_ACROSS_PROFILES` permission or App-ops.<br><br>Accounts<br>Accounts in the work profile are unique from the primary user and credentials can't be accessed across the profile-user boundary. Only apps in their respective context are able to access their respective accounts.<br><br>Intents<br>The administrator controls whether intents are resolved in or out of the work profile. By default, apps from the work profile are scoped to stay within the work profile exception of the Device Policy API.<br><br>https://source.android.com/docs/devices/admin/managed-profiles<br><br>**What policies can my organization manage on my device?**<br>When you first add a work profile to your device, you need to install a device policy controller app (selected by your organization) as part of the setup process. This app manages your work profile, presents the terms of use, and details the data on your device that is captured and recorded. You must review and accept the user license agreement to set up your work profile.<br><br>If your device is personally-owned, your organization can carry out some or all of the following actions:<br>• Remotely create, access, and delete data in your work profile<br>• Enforce minimum passcode requirements on your work profile and device<br>• Change the password to your managed account (the account associated with your work profile)<br>• Suspend access to your work profile<br>• Restrict what can be shared across your work and personal profiles<br>• Block screen captures in your work profile<br>• Manage access to your organization's corporate mail server and internal data<br>• Remotely install (and uninstall) apps and certificates in your work profile<br>• Manage permissions and other settings for apps in your work profile<br><br>https://support.google.com/work/android/answer/7502354?sjid=15190572361787352145-NC#zippy=%2Ci-own-my-device |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
|  | Responsive to a device being enrolled in Android Enterprise Work Profile and a policy to prevent modification of work profile certificates being enabled, user interface interaction on the device is disabled for importing certificates into the work profile certificate store.<br><br><br><br>Security<br><br>| Setting | Description |<br>| Allow screen capture | Users can capture the screen content of apps installed in the work profile. |<br>| Allow user to configure credentials | Users can install or remove certificates in the work profile. |<br><br><br><br>https://docs.sophos.com/central/Mobile/help/en-us/AdminHelp/Policies/AndroidEnterpriseWorkProfile/Restrictions/index.html |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
| | Responsive to a device being enrolled in Android Enterprise Work Profile and a policy to prevent modification of work profile certificates being enabled, user interface interaction on the device is disabled for importing certificates into the work profile certificate store. |

### Device management

| Feature | Description |
|---|---|
| Configure Wi-Fi settings | Remotely deploy Wi-Fi login settings (SSID, password) to a device. |
| Configure certificate-authenticated Wi-Fi | Remotely deploy Wi-Fi settings to a device that include identity, certificates for client authorization, and CA certificates. |
| Restrict access to authorized accounts | Ensure that only authorized corporate accounts can interact with Work Profiles data by preventing users from adding or modifying accounts. |
| Manage certificates | Deploy identity certificates and certificate authorities to a device to enable access to corporate resources. |
| Manage advanced certificate details | Select certificates for specific work apps, remove CAs and identity certs from an active device, and prevent users from modifying credentials in the managed keystore. |
| Enable Always On VPN | Enable Always On VPN for specified apps in a Work Profile to ensure they always go through a configured VPN. |

https://support.google.com/work/android/answer/9563584?hl=en#zippy=%2Ckey-features%2Cadvanced-features%2Cadditional-features`

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 13 – U.S. Patent No. 9,294,470

| Claims | Identification |
|---|---|
|  | Responsive to a device being enrolled in Android Enterprise Work Profile and a policy to prevent modification of work profile certificates being enabled, user interface interaction on the device is disabled for importing certificates into the work profile certificate store.<br><br> |