# Exhibit 14

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

**Exhibit 14 – U.S. Patent No. 9,313,065**

| Claims | Identification |
|---|---|
| [9pre] A device for transmitting pilot symbols using Orthogonal Frequency Division Multiplexing, OFDM, frames at an OFDM transmitter having at least two transmitting antennas, the OFDM frames having a time domain and a frequency domain, each OFDM frame comprising a plurality of OFDM symbols in the time domain, and a plurality of sub-carriers in the frequency domain, comprising: | **IEEE 802.11-2020**<br><br>**19 High Throughput (HT) PHY specification**<br><br>**19.1.1 Introduction to the HT PHY**<br><br>In addition to the requirements found in Clause 19 an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br>— In Clause 17 hen the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br>— In Clause 16 nd Clause 18 vhen the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>**19.3.3 Transmitter block diagram**<br><br>HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:<br><br>**19.3.4 Overview of the PPDU encoding process**<br><br>The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:<br><br>a) Determine the number of transmit chains, $N_{TX}$, from the N_TX field of the TXVECTOR. Produce the PLCP preamble training fields for each of the $N_{TX}$ transmit chains based on the FORMAT, NUM_EXTEN_SS, CH_BANDWIDTH, and MCS parameters of the TXVECTOR. The format and<br><br>p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
| | Sophos Wi-Fi access points comprise a device implemented by a Qualcomm Wi-Fi chipset (examples shown: AP6 840, APX 740, APX 320) for transmitting OFDM frames<br><br>**19 High Throughput (HT) PHY specification**<br><br>**19.1.1 Introduction to the HT PHY**<br><br>In addition to the requirements found in Clause 19 an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br>— In Clause 17 hen the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br>— In Clause 16 nd Clause 18 vhen the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>AP6 840   APX 740   APX 320<br><br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?id=5337261 |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  |  |

Page 3 of 18

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **The Sophos Wi-Fi access points transmit OFDM frames**<br><br>| Band | Mode | BWch (MHz) | Nant |<br>|---|---|---|---|<br>| 5.25-5.35GHz | 802.11ax HEW80 | 80 | 4TX |<br>| 5.47-5.725GHz | 802.11ax HEW80 | 80 | 4TX |<br>| 5.725-5.85GHz | 802.11ax HEW80 | 80 | 4TX |<br><br>Beamforming<br><br>| Band | Mode | BWch (MHz) | Nant |<br>|---|---|---|---|<br>| 5.15-5.25GHz | 802.11ax HEW20-BF | 20 | 4TX |<br>| 5.25-5.35GHz | 802.11ax HEW20-BF | 20 | 4TX |<br>| 5.47-5.725GHz | 802.11ax HEW20-BF | 20 | 4TX |<br>| 5.725-5.85GHz | 802.11ax HEW20-BF | 20 | 4TX |<br>| 5.15-5.25GHz | 802.11ax HEW40-BF | 40 | 4TX |<br>| 5.25-5.35GHz | 802.11ax HEW40-BF | 40 | 4TX |<br>| 5.47-5.725GHz | 802.11ax HEW40-BF | 40 | 4TX |<br>| 5.725-5.85GHz | 802.11ax HEW40-BF | 40 | 4TX |<br>| 5.15-5.25GHz | 802.11ax HEW80-BF | 80 | 4TX |<br>| 5.25-5.35GHz | 802.11ax HEW80-BF | 80 | 4TX |<br>| 5.47-5.725GHz | 802.11ax HEW80-BF | 80 | 4TX |<br>| 5.725-5.85GHz | 802.11ax HEW80-BF | 80 | 4TX |<br><br>Note:<br>- 11a, HT20 and HT40 use a combination of OFDM-BPSK, QPSK, 16QAM, 64QAM modulation.<br>- VHT20, VHT40, VHT80 use a combination of OFDM-BPSK, QPSK, 16QAM, 64QAM, 256QAM modulation.<br>- HEW20, HEW40, HEW80 use a combination of OFDMA-BPSK, QPSK, 16QAM, 64QAM, 256QAM, 1024QAM modulation.<br>- BWch is the nominal channel bandwidth.<br><br>FCC Radio test Report No.:FR260703-05AN |

Page 4 of 18

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | The Sophos access points transmit OFDM frames using at least two antennas<br><br>**1.1.2 Antenna Information**<br><br>| Ant. | Brand | Model Name | Antenna Type | Connector | Support |<br>|---|---|---|---|---|---|<br>| 1 | Grand-Tek | DB-1 | PIFA | I-Pex | 2.4G+5G |<br>| 2 | Grand-Tek | DB-2 | PIFA | I-Pex | 2.4G+5G |<br>| 3 | Grand-Tek | DB-3 | PIFA | I-Pex | 2.4G+5G |<br>| 4 | Grand-Tek | DB-4 | PIFA | I-Pex | 2.4G+5G |<br><br>FCC Radio test Report No.:FR260703-05AN |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | The Sophos access points transmit OFDM frames using at least two antennas<br><br>[Image: photograph of a circuit board with four antennas labeled Ant.1(2.4G+5G), Ant.2(2.4G+5G), Ant.3(2.4G+5G), Ant.4(2.4G+5G)]<br><br>FCC Radio test Report No.:FR260703-05AN |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | The Sophos access points transmits OFDM frames using at least two antennas when power is applied and the AP is configured.<br><br>**Configuration**<br>After successfully establishing network connectivity the status LED turns to solid green.<br>The AP is now ready to be managed.<br>1. Sign into Sophos Central at central.sophos.com.<br>2. If you don't yet have a Sophos Central Account, please create one.<br>3. Register the AP in your Sophos Central account by entering the serial number.<br>Note: After powering on the AP, there is a 15-minute window to register it in Sophos Central, or the AP will have to be either hard rebooted or rebooted using the local web interface.<br>4. After the AP is registered in Sophos Central, please upgrade the AP to the latest firmware version.<br>Advanced configuration:<br>The advanced options can be configured in the local web interface of the AP.<br>1. Register the AP in Sophos Central (see above).<br>2. Open a web browser on your computer, enter the IP address assigned from the DHCP server/ default IP address and press enter.<br>To access the web interface of the AP after registering it in Sophos Central, use the default credentials with the username as "admin" and the unique password for this AP [See back of your AP6 for the Unique Password].<br><br>https://docs.sophos.com/nsg/hardware/quickstart/ap6/en-us/sophos-quick-start-guide-ap6.pdf |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **IEEE 802.11-2020**<br><br>**19 High Throughput (HT) PHY specification**<br><br>**19.1.1 Introduction to the HT PHY**<br><br>In addition to the requirements found in Clause 19 n HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br><br>— In Clause 17 en the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br>— In Clause 16 d Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.<br><br>**19.3.3 Transmitter block diagram**<br><br>p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, $N_{TX} = N_{STS}$, and there is a one-to-one correspondence between space-time streams and transmit chains. In this case, the OFDM symbols associated with each space-time stream are also associated |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **The Sophos Access points are compliant with IEEE 802.11 standards**<br><br>**Wireless specification**<br>| Radios | 1x 2.4 GHz single band <br> 1x 5 GHz single band |<br>| Antennas | 4x Internal 2.4 GHz antenna for Radio-1 (omni-directional) <br> 4x Internal 5 GHz antenna for Radio-2 (omni-directional) |<br>| Antenna Peak Gain | 5.4 dBi at 2.4 GHz, 6.2 dBi at 5 GHz |<br>| MIMO capabilities | 4x4:4 |<br>| Supported WLAN standards | IEEE 802.11 a/b/g/n/ac/ax |<br>| SSIDs | 32 (16 per Radio) |<br>| Max. Throughput | 1150 Mbps (2.4 GHz) + 2400 Mbps (5 GHz) |<br><br>https://docs.sophos.com/nsg/hardware/operatinginstructions/ap6/en-us/sophos-operating-instructions-ap6-420-420e-840-840e.pdf |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
| [9a]: a first antenna of the OFDM transmitter; a second antenna of the OFDM transmitter; and | The Sophos access points transmit using at least two antennas<br><br>[Image: Circuit board photograph with antennas labeled Ant.1(2.4G+5G) highlighted in red box, Ant.2(2.4G+5G) highlighted in green box, Ant.3(2.4G+5G), and Ant.4(2.4G+5G)]<br><br>FCC Radio test Report No.:FR260703-05AN |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
| [9b] one or more processors configured to: cause transmission via the first antenna, on an OFDM symbol, pilot symbols corresponding to the first antenna using a scattered pattern; and | Sophos Wi-Fi access points comprise a device implemented by a Qualcomm Wi-Fi processor (examples shown: AP6 840, APX 740, APX 320) for transmitting OFDM frames<br><br>19   High Throughput (HT) PHY specification<br><br>19.1.1   Introduction to the HT PHY<br><br>In addition to the requirements found in Clause 19 an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:<br>— In Clause 17 hen the HT STA is operating in a 20 MHz channel width in the 5 GHz band<br>— In Clause 16 nd Clause 18 vhen the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band<br><br>AP6 840     APX 740     APX 320<br><br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?id=5337261 |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **IEEE 802.11-2020**<br><br>**19.3.11.10 Pilot subcarriers**<br><br>In a 20 MHz transmission four pilot tones shall be inserted in the same subcarriers used in Clause 17, i.e., in subcarriers −21, −7, 7, and 21. The pilot sequence for the $n^{th}$ symbols and $i_{STS}^{th}$ space-time stream shall be as shown in Equation (19-54).<br><br>$$P_{(i_{STS},n)}^{-28,28} = \{0,0,0,0,0,0,0,\Psi_{i_{STS},n \bmod 4}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,0,0,0,0,\Psi_{i_{STS},(n+1) \bmod 4}^{(N_{STS})}, 0,0,0,0,0,0,0,$$
$$0,0,0,0,0,0,\Psi_{i_{STS},(n+2) \bmod 4}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,0,0,0,0,\Psi_{i_{STS},(n+3) \bmod 4}^{(N_{STS})}, 0,0,0,0,0,0,0\}$$
(19-54)<br><br>where $n \oplus a$ indicates symbol number modulo integer $a$ and the patterns $\Psi_{i_{STS},n}^{(N_{STS})}$ are defined in Table 20-19 and Table 20-20.<br><br>NOTE—For each space-time stream, there is a different pilot pattern, and the pilot patterns are cyclically rotated over symbols. |

Page 12 of 18

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **IEEE 802.11-2020**<br><br>**19.3.11.10 Pilot subcarriers**<br><br>In a 40 MHz transmission (excluding MCS 32; see 19.3.11.11.5), pilot signals shall be inserted in subcarriers −53, −25, −11, 11, 25, and 53. The pilot sequence for symbol $n$ and space-time stream $iSTS$ shall be as shown in Equation (19-55).<br><br>$$P_{(iSTS,n)}^{-58,58} = \{0,0,0,0,0, \Psi_{iSTS,n \bmod \phi}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,$$
$$0,0, \Psi_{iSTS,(n+1) \bmod \phi}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,0,0,0,0, \Psi_{iSTS,(n+2) \bmod \phi}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,$$
$$0,0,0,0,0,0,0,0,0,0,0,0, \Psi_{iSTS,(n+3) \bmod \phi}^{(N_{STS})}, 0,0,0,0,0,0,0,0,0,0,0,0,0,0, \Psi_{iSTS,(n+4) \bmod \phi}^{(N_{STS})},$$
$$0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0,0, \Psi_{iSTS,(n+5) \bmod \phi}^{(N_{STS})}, 0,0,0,0,0\} \quad (19\text{-}55)$$<br><br>where the patterns are defined in Table 19-19 and Table 19-20.<br>NOTE—For each space-time stream, there is a different pilot pattern, and the pilot patterns are cyclically rotated over symbols. |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | **The Sophos Access Points passed testing by the FCC for transmission on two antennas**<br><br>| Ant. | Port | Gain (dBi) 2.4G | Gain (dBi) 5G |
|---|---|---|---|
| 1 | 1 | 5.1 | 6.2 |
| 2 | 2 | 5.4 | 4.8 |
| 3 | 3 | 5.1 | 4.7 |
| 4 | 4 | 4.7 | 5.7 |<br><br>Note 1: The EUT has eight antennas.<br>**For 2.4GHz function:**<br>For IEEE 802.11 b/g/n/VHT/ax mode (4TX/4RX)<br>Ant. 1 (port 1), Ant. 2 (port 2), Ant. 3 (port 3) and Ant. 4 (port 4) could transmit/receive simultaneously.<br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac/ax mode (4TX/4RX)<br>Ant. 1 (port 1), Ant. 2 (port 2), Ant. 3 (port 3) and Ant. 4 (port 4) could transmit/receive simultaneously. |

Page 14 of 18

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
| [9c] cause transmission via the second antenna, on the OFDM symbol, pilot symbols corresponding to the second antenna using the scattered pattern, wherein the pilot symbols for the first antenna correspond to a first code and the pilot symbols for the second antenna correspond to a second code. | IEEE 802.11-2020<br><br>**20.3.4 Overview of the PPDU encoding process**<br><br>The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:<br><br>o) Determine whether 20 MHz or 40 MHz operation is to be used from the CH_BANDWIDTH parameter of the TXVECTOR. Specifically, when CH_BANDWIDTH is HT_CBW20 or NON_HT_CBW20, 20 MHz operation is to be used. When CH_BANDWIDTH is HT_CBW40 or NON_HT_CBW40, 40 MHz operation is to be used. For 20 MHz operation (with the exception of non-HT formats), insert four subcarriers as pilots into positions −21, −7, 7, and 21. The total number of the subcarriers, $N_{ST}$, is 56. For 40 MHz operation (with the exception of MCS 32 and non-HT duplicate format), insert six subcarriers as pilots into positions −53, −25, −11, 11, 25, and 53, resulting in a total of $N_{ST}$ = 114 subcarriers. See 19.3.11.11.5 for pilot locations when using MCS 32 and 19.3.11.12 for pilot locations when using non-HT duplicate format. The pilots are modulated using a pseudorandom cover sequence. Refer to 19.3.11.10 for details. For 40 MHz operation, apply a +90° phase shift to the complex value in each OFDM subcarrier with an index greater than 0, as described in 19.3.11.11.4, 19.3.11.11.5, and 19.3.11.12.<br><br>p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, $N_{TX} = N_{STS}$, and there is a one-to-one correspondence between space-time streams and transmit chains. In this case, the OFDM symbols associated with each space-time stream are also associated with the corresponding transmit chain. Otherwise, a spatial mapping matrix associated with each |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | IEEE 802.11-2020<br><br>19.3.11.10 Pilot Subcarriers<br><br>Table 19-19 Pilot values for 20 MHz transmission<br><br>| $N_{STS}$ | $i_{STS}$ | $\Psi^{(N_{STS})}_{i_{STS},0}$ | $\Psi^{(N_{STS})}_{i_{STS},1}$ | $\Psi^{(N_{STS})}_{i_{STS},2}$ | $\Psi^{(N_{STS})}_{i_{STS},3}$ |\|---|---|---|---|---|---|\| 1 | 1 | 1 | 1 | 1 | −1 |\| 2 | 1 | 1 | 1 | −1 | −1 |\| 2 | 2 | 1 | −1 | −1 | 1 |\| 3 | 1 | 1 | 1 | −1 | −1 |\| 3 | 2 | 1 | −1 | 1 | −1 |\| 3 | 3 | −1 | 1 | 1 | −1 |\| 4 | 1 | 1 | 1 | 1 | −1 |\| 4 | 2 | 1 | 1 | −1 | 1 |\| 4 | 3 | 1 | −1 | 1 | 1 |\| 4 | 4 | −1 | 1 | 1 | 1 | |

Page 16 of 18

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
|  | IEEE 802.11-2020<br><br>**19.3.11.10 Pilot Subcarriers**<br><br>Table 19-20—Pilots values for 40 MHz transmission (excluding MCS 32)<br><br>| $N_{STS}$ | $i_{STS}$ | $\Psi^{(N_{STS})}_{i_{STS},0}$ | $\Psi^{(N_{STS})}_{i_{STS},1}$ | $\Psi^{(N_{STS})}_{i_{STS},2}$ | $\Psi^{(N_{STS})}_{i_{STS},3}$ | $\Psi^{(N_{STS})}_{i_{STS},4}$ | $\Psi^{(N_{STS})}_{i_{STS},5}$ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | −1 | −1 | 1 |
| 2 | 1 | 1 | 1 | −1 | −1 | −1 | −1 |
| 2 | 2 | 1 | 1 | 1 | −1 | 1 | 1 |
| 3 | 1 | 1 | 1 | −1 | −1 | −1 | −1 |
| 3 | 2 | 1 | 1 | 1 | −1 | 1 | 1 |
| 3 | 3 | 1 | −1 | 1 | −1 | −1 | 1 | |

*Malikie Innovations Ltd. and Key Patent Innovations Ltd. v. Sophos Ltd.*
Exhibit 14 – U.S. Patent No. 9,313,065

| Claims | Identification |
|---|---|
| | IEEE 802.11-2020<br><br>**20.3.4 Overview of the PPDU encoding process**<br><br>The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:<br><br>o) Determine whether 20 MHz or 40 MHz operation is to be used from the CH_BANDWIDTH parameter of the TXVECTOR. Specifically, when CH_BANDWIDTH is HT_CBW20 or NON_HT_CBW20, 20 MHz operation is to be used. When CH_BANDWIDTH is HT_CBW40 or NON_HT_CBW40, 40 MHz operation is to be used. For 20 MHz operation (with the exception of non-HT formats), insert four subcarriers as pilots into positions –21, –7, 7, and 21. The total number of the subcarriers, $N_{ST}$, is 56. For 40 MHz operation (with the exception of MCS 32 and non-HT duplicate format), insert six subcarriers as pilots into positions –53, –25, –11, 11, 25, and 53, resulting in a total of $N_{ST}$ = 114 subcarriers. See 19.3.11.11.5 for pilot locations when using MCS 32 and 19.3.11.12 for pilot locations when using non-HT duplicate format. The pilots are modulated using a pseudorandom cover sequence. Refer to 19.3.11.10 for details. For 40 MHz operation, apply a +90° phase shift to the complex value in each OFDM subcarrier with an index greater than 0, as described in 19.3.11.11.4, 19.3.11.11.5, and 19.3.11.12.<br><br>p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, |