# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and** § | | |
| **Key Patent Innovations Ltd.,** § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 2:24-cv-905 | |
| § | | |
| **Sophos Ltd.** § | JURY TRIAL DEMANDED | |
| § | | |
| Defendant. § | | |
| § | | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. in the above-captioned action, states that Malikie Innovations Ltd. is a wholly-owned subsidiary of Key Patent Innovations Ltd. and no publicly held corporation owns 10% or more of its stock.  Key Patent Innovations Ltd. is a wholly-owned subsidiary of New PP Licensing LLC, and no publicly held corporation owns 10% or more of Key Patent Innovations Ltd.'s stock

Respectfully submitted,

*/s/ Patrick Colsher by permission Andrea L. Fair*
Matthew G. Berkowitz
Patrick Colsher – LEAD ATTORNEY
Aaron Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Khue V. Hoang

Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Peter Park
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
ppark@reichmanjorgensen.com

Of Counsel:

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*